KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731*
bbernwanger@lccrsf.org
HAYDEN RODARTE - # 329432
hrodarte@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415 814 7631
* *N.D. Cal. admission pending*

Attorneys for Plaintiffs WILBUR P. G.;
WILFREDO BALTAZAR P. E., a minor child;
ERENDIRA C. M.; YASMIN ALICIA M. C., a
minor child; JOSHUA G. G.; and KARL LUIS
G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:21-cv-4457<br><br>[~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIANS AD LITEM |

## [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIANS AD LITEM

Pending before the Court is the ex parte application of Plaintiffs Erendira C. M., Wilfredo Baltazar P. E., and Joshua G. G. ("Parent Plaintiffs") to be appointed guardians ad litem in this matter. Erendira C. M. seeks to be appointed guardian ad litem for her daughter, Yasmin Araceli M. C.; Wilbur P.G. seeks to be appointed guardian ad litem for his son, Wilfredo Baltazar P. E.; and Joshua G. G. seeks to be appointed guardian ad litem for his son, Karl Luis G. G.

Federal Rule of Civil Procedure 17 permits the Court to appoint a guardian ad litem to assist a minor bringing a legal action. Fed. R. Civ. P. 17(c). In California, courts typically appoint parents to serve as guardians ad litem so long as the parent in question can protect the minor child's interests. *Kulya v. City & Cty. of San Francisco*, No. 06-cv-06539-JSW, 2007 WL 760776, at *1 (N.D. Cal. Mar. 9, 2007); *e.g.*, *Student A v. Berkeley Unif. Sch. Dist.*, No. 17-cv-02510-MEJ, 2017 WL 2171254, at *2-*3 (N.D. Cal. May 17, 2017) (appointing parents). Here, the Parent Plaintiffs have demonstrated their commitment to their children's welfare and best interests, and the Court finds it appropriate to appoint them to serve to serve as guardians ad litem in this matter. For that reason, the *Ex Parte* Application for Appointment of Guardians Ad Litem is **GRANTED** as follows:

- For the sole purpose of this litigation, the Court **APPOINTS** Erendira C. M. to serve as guardian ad litem for her daughter, Yasmin Araceli M. C.;
- For the sole purpose of this litigation, the Court **APPOINTS** Wilbur P. G. to serve as guardian ad litem for his son, Wilfredo Baltazar P. E.; and
- For the sole purpose of this litigation, the Court **APPOINTS** Joshua G. G. to serve as guardian ad litem for his son, Karl Luis G. G.

**IT IS SO ORDERED**.

Dated: June 17, 2021

*Kandis Westmore*
UNITED STATES ~~DISTRICT~~ [MAGISTRATE] JUDGE