KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731*
bbernwanger@lccrsf.org
HAYDEN RODARTE - # 329432
hrodarte@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415 814 7631
* *N.D. Cal. admission pending*

Attorneys for Plaintiffs WILBUR P. G.;
WILFREDO BALTAZAR P. E., a minor child;
ERENDIRA C. M.; YASMIN ALICIA M. C., a minor child; JOSHUA G. G.; and KARL LUIS G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:21-cv-4457<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS**

Upon consideration of Plaintiffs' Administrative Motion to Proceed Under Pseudonyms, and good cause appearing therefore, the motion is GRANTED, and IT IS FURTHER ORDERED that: (a) the parties shall refer to Plaintiffs by the pseudonyms Wilbur P. G.; Wilfredo Baltazar P. E.; Erendira C. M.; Yasmin Alicia M. C.; Joshua G. G.; and Karl Luis G. G. in all filings and public proceedings and (b) the parties shall redact or otherwise withhold all personally identifying information, including Plaintiffs' true full name and initials, from all public filings, consistent with Federal Rule of Civil Procedure 5.2.

**IT IS SO ORDERED**.

Dated: June 17, 2021

*[signature: Kandis Westmore]*

UNITED STATES ~~DISTRICT~~ [MAGISTRATE] JUDGE