# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child<br>*Plaintiff(s)*<br>v.<br><br>UNITED STATES OF AMERICA<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. ~~3:21-cv-4457~~ 4:21-cv-4457 KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
United States of America
c/o The Attorney General
950 Pennsylvania Ave. NW
Washington DC 20530-0001
With copies to NDCA USAO; DHS OCC; HHS OCC

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Brook Dooley - # 230423) | Bree Bernwanger - # 331731 |
| Travis Silva - # 295856 | Hayden Rodarte - #329432 |
| Keker, Van Nest & Peters LLP | Lawyers' Committee for Civil Rights of The San Francisco Bay Area |
| 633 Battery Street | 131 Steuart Street, #400 |
| San Francisco, CA  94111 | San Francisco, CA  94105; Tel:  415-814-7631 |
| Tel:  415-391-5400 | |

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  June 10, 2021



*CLERK OF COURT*
*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-4457 KAW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___UNITED STATES OF AMERICA___
was received by me on *(date)* ___June 11, 2021___

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* On June 11, 2021, I served copies of the documents listed on Attachment A by placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at San Francisco, California, to the addressees listed on Attachment B. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ___June 18, 2021___

*Server's signature*

Sandy Giminez, Secretary
*Printed name and title*

633 Battery Street, San Francisco, California  94111
*Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com

# ATTACHMENT A
# List of Documents Served on Plaintiff

1. COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

2. CIVIL COVER SHEET

3. SUMMONS IN A CIVIL ACTION – ISSUED

4. EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFFS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

5. [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM

6. PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS

7. [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS

8. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

9. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

10. STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE

11. SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE

12. NOTICE RE: TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE KANDIS A. WESTMORE

13. U.S. MAGISTRATE JUDGE KANDIS A. WESTMORE SAMPLE OF TRIAL EXHIBIT TABS

14. UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, ALTERNATIVE DISPUTE RESOLUTION PROCEDURES HANDBOOK (ADR)

15. JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER FORM

# ATTACHMENT B
## Service List

1. Attorney General
   U.S. Dept. of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. United States Attorney
   Northern District of California
   450 Golden Gate Avenue
   San Francisco, CA 94102

3. Office of the General Counsel
   U.S. Department of Homeland Security
   2707 Martin Luther King Jr. Ave, SE
   Mail Stop 0485
   Washington, DC 20528-0485

4. General Counsel
   U.S. Health and Human Services
   200 Independence Ave., S.W., Room 713-F
   Washington, DC 20201