1  KEKER, VAN NEST & PETERS LLP
   BROOK DOOLEY - # 230423
2  bdooley@keker.com
   TRAVIS SILVA - # 295856
3  tsilva@keker.com
   CHRISTOPHER S. SUN - # 308945
4  csun@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
8  BREE BERNWANGER - # 331731
   bbernwanger@lccrsf.org
9  HAYDEN RODARTE - # 329432
   hrodarte@lccrsf.org
10 131 Steuart Street #400
   San Francisco, CA 94105
11 Telephone:    415 814 7631

12
   Attorneys for Plaintiffs Wilbur P. G.; Wilfredo
13 Baltazar P. E., a minor child; Erendira C. M.;
   Yasmin Alicia M. C., a minor child; Joshua G.
14 G.; and Karl Luis G. G., minor child

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18 WILBUR P. G.; WILFREDO BALTAZAR P.          Case No. 4:21-cv-04457-KAW
   E. a minor child; ERENDIRA C. M.;
19 YASMIN ALICIA M. C. a minor child;          **PROOF OF SERVICE**
   JOSHUA G. G.; and KARL LUIS G. G.
20 minor child,
                                               Judge:      Hon. Kandis A. Westmore
21              Plaintiffs,
                                               Date Filed: June 10, 2021
22       v.
                                               Trial Date:  Not yet set
23 UNITED STATES OF AMERICA,

24              Defendant.

25

26

27

28

                          PROOF OF SERVICE
                       Case No. 4:21-cv-04457-KAW
1713361

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On July 2, 2021, I served the following document(s):

**NOTICE OF APPEARANCE OF COUNSEL OF HAYDEN RODARTE**

**NOTICE OF APPEARANCE OF COUNSEL OF BROOK DOOLEY**

**NOTICE OF APPEARANCE OF COUNSEL OF CHRISTOPHER S. SUN**

**ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIANS AD LITEM**

**ORDER GRANTING PLAINTIFFS' ADMINISTRATION MOTION TO PROCEED UNDER PSEUDONYMS**

**CONSENT TO MAGISTRATE JUDGE JURISDICTION**

**NOTIC OF APPEARANCE OF COUNSEL OF BREE BERNWANGER**

☑ by regular **UNITED STATES MAIL** by placing Copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker, Van Nest & Peters LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Attorney General | United States Attorney |
| U.S. Department of Justice | Northern District of California |
| 950 Pennsylvania Avenue, NW | 450 Golden Gate Avenue |
| Washington, DC  20530-0001 | San Francisco, CA  94102 |

Executed on July 2, 2021, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Sandy Giminez

1713361