UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P.G., et al.,<br>    Plaintiffs,<br>  v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 18 |

On July 26, 2021, Defendant United States of America filed an administrative motion seeking a stay of the proceedings and a 60-day extension of time to respond to the complaint. (Def.'s Mot., Dkt. No. 18.) Defendant contends that the stay and extension are appropriate because the Government is actively engaged in resolving 19 similar cases in multiple district courts nationwide and requires additional time to negotiate a global settlement. *Id.* at 2.

On July 27, 2021, Plaintiffs filed an opposition, in which they clarified that they were amenable to a 60-day extension, but only if the Government agreed to file an answer rather than a motion to dismiss. (Pl.'s Opp'n, Dkt. No. 19 at 3.) Plaintiffs' attempt to dictate how Defendant responds to the complaint is improper. Thus, Plaintiffs have not demonstrated how they are harmed by the extension sought by the Government. The Court agrees, however, that an administrative motion is not the proper vehicle for which to seek a stay of the proceedings. *See id.* at 5 n.7.

Accordingly, the Court GRANTS Defendant's request for an extension of time to respond to the Complaint, but DENIES all other relief requested. Defendant shall file a response to the complaint on or before October 12, 2021. The case management conference scheduled on September 14, 2021 is continued to December 14, 2021 at 1:30 PM. The joint case management

statement is due on or before December 7, 2021.

      IT IS SO ORDERED.

Dated: August 12, 2021

                                                      _____
KANDIS A. WESTMORE
United States Magistrate Judge