1  STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
2  MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3  Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
4        San Francisco, California 94102-3495
        Telephone: (415) 436-7180
5        Facsimile: (415) 436-7169
        Michelle.Lo@usdoj.gov
6
Attorneys for the United States of America
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11  WILBUR P.G., et al.,                  )   CASE NO. 4:21-cv-4457-KAW
                                          )
12          Plaintiffs,                   )   **JOINT STIPULATION EXTENDING TIME TO**
                                          )   **RESPOND TO COMPLAINT**
13      v.                                )
                                          )
14  UNITED STATES OF AMERICA,             )
                                          )
15          Defendant.                    )

16  ─────────────────────────────

17          Pursuant to Civil Local Rule 6-1(a), the parties stipulate as follows:

18          (1)     Plaintiffs filed the complaint on June 10, 2021 and served the U.S. Attorney's Office on

19  June 15, 2021.  Pursuant to the Court's Order dated October 12, 2021, the current deadline for the

20  United States to respond to the complaint is December 13, 2021.  ECF No. 24.

21          (2)     Based on attorney availability, the parties hereby stipulate to extend the time for the

22  United States to answer or otherwise respond to the complaint to January 5, 2022.

23          **IT IS SO STIPULATED.**

24  Dated:  December 6, 2021                    KEKER, VAN NEST & PETERS LLP

25
                                          By: _____/s/ *Travis Silva*_____
26                                             Brook Dooley
                                               Travis Silva
27                                             Christopher S. Sun

28

JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
4:21-cv-4457-KAW

1

2

3

4

5

6 | Dated: December 6, 2021

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA

By: _____ /s/ *Bree Bernwanger* _____
Bree Bernwanger
Hayden Rodarte

Counsel for Plaintiffs

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

 /s/ *Michelle Lo* _____
Michelle Lo
Assistant United States Attorney

Counsel for the United States of
America

## ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Michelle Lo, attest that I have obtained

concurrence in the filing of this document from all other signatories listed here.