STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7180
    Facsimile: (415) 436-7169
    Michelle.Lo@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G., et al., | CASE NO. 4:21-cv-4457-KAW |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER TO SET BRIEFING SCHEDULE AND INCREASE PAGE LIMITS** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Civil Local Rules 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

(1) Pursuant to the parties' stipulation, the current deadline for the United States to answer or otherwise respond to the complaint is January 5, 2022. ECF No. 26. The parties have conferred about setting a briefing schedule in the event the Government files a motion in response to the complaint on January 5, 2022. The parties propose the following schedule:

| | |
|---|---|
| Defendant's motion | January 5, 2022 |
| Plaintiffs' opposition | February 2, 2022 |
| Defendant's reply | February 16, 2022 |
| Hearing | March 3, 2022 at 1:30 p.m. |

1      (2)    Plaintiffs plead five separate causes of action in their 65-page complaint. In light of the issues raised in the complaint, the parties respectfully request that their briefing on any responsive pleading be permitted to exceed the pages limits set forth in Civil Local Rules 7-2 and 7-3. Specifically, the parties request that Defendant be permitted 30 pages for its motion, Plaintiffs be permitted 30 pages for their opposition, and Defendant be permitted 18 pages for its reply.

**IT IS SO STIPULATED.**

Dated: December 27, 2021          KEKER, VAN NEST & PETERS LLP

By:     */s/ Travis Silva*
Brook Dooley
Travis Silva
Christopher S. Sun

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By:     */s/ Bree Bernwanger*
Bree Bernwanger
Hayden Rodarte

Counsel for Plaintiffs

Dated: December 27, 2021          Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/ *Michelle Lo*
Michelle Lo
Assistant United States Attorney

Counsel for the United States of America

### ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Michelle Lo, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

# DECLARATION OF MICHELLE LO

I, Michelle Lo, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for the United States of America in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration in support of the Stipulation and Proposed Order to Set Briefing Schedule and Increase Page Limits pursuant to Civil Local Rules 6-2 and 7-12.

3. Plaintiffs, consisting of three sets of parents and their children, filed a 65-page complaint in this action pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680. Plaintiffs assert five separate claims for relief, including intentional infliction of emotional distress, negligence, abuse of process, negligent supervision/breach of fiduciary duty, and loss of consortium. ECF No. 1.

4. The parties stipulate to and request a briefing schedule in the event the Government files a motion in response to the complaint on its current deadline of January 5, 2022. This briefing schedule would alter the normal 35-day motion calendar by providing Plaintiffs two extra weeks for opposition and Defendant one extra week for reply.

5. In light of the issues raised in the complaint, the parties also respectfully request that their briefings on any responsive pleading be permitted to slightly exceed the 25-25-15 pages limits set forth in Civil Local Rules 7-2 and 7-3 for motion-opposition-reply. Specifically, the parties request that Defendant be permitted 30 pages for its motion, Plaintiffs be permitted 30 pages for their opposition, and Defendant be permitted 18 pages for its reply.

6. There have been three previous time modifications in the case. Two modifications occurred upon orders of this Court granting the United States' administrative motions for 60-day time extensions to respond to the complaint. ECF No. 21 (August 12, 2021 order); ECF No. 24 (October 12, 2021 order). A third modification occurred on December 6, 2021 by stipulation of the parties pursuant to Civil Local Rule 6-1(a), extending the deadline for the United States to respond to the complaint from December 13, 2021 to January 5, 2022 based on attorney availability. ECF No. 26.

1 |     I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct.
3 | Dated: December 27, 2021          */s/ Michelle Lo*
4 |                                        Michelle Lo
                                       Assistant United States Attorney

STIPULATION AND PROPOSED ORDER TO SET BRIEFING SCHEDULE AND INCREASE PAGE LIMITS
4:21-cv-4457-KAW

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

1. Should the Government file a motion in response to the complaint on January 5, 2022, the following schedule shall apply:

| | |
|---|---|
| Defendant's motion | January 5, 2022 |
| Plaintiffs' opposition | February 2, 2022 |
| Defendant's reply | February 16, 2022 |
| Hearing | March 3, 2022 at 1:30 p.m. |

2. Defendant is permitted 30 pages for its motion, Plaintiffs are permitted 30 pages for their opposition, and Defendant is permitted 18 pages for its reply.

DATED: _____

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 4:12-CV-04376-KAW