STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
Assistant United States Attorney

    450 Golden Gate Avenue,
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7169
    Kenneth.Brakebill@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G., et al., | CASE NO. 4:21-cv-4457-KAW |
|     Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
|   v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

    TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

    PLEASE TAKE NOTICE that Assistant United States Attorney Kenneth W. Brakebill is appearing as substitute counsel for Defendant, United States of America. The Clerk is requested to please remove Assistant United States Attorney Michelle Lo from the service list and to direct all notices, pleadings, orders and communications to Mr. Brakebill's attention at the below contact information:

    KENNETH BRAKEBILL
    Assistant United States Attorney
    450 Golden Gate Avenue, P.O. Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7169
    Email: Kenneth.Brakebill@usdoj.gov

Dated: December 27, 2021

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/ Kenneth Brakebill
KENNETH BRAKEBILL
Assistant United States Attorney