UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G., et al., | ) CASE NO. 4:21-cv-4457-KAW |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**DECLARATION OF JAMES DE LA CRUZ,
OFFICE OF REFUGEE RESETTLEMENT**

I, James De La Cruz, declare the following, based on my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records of the Department of Health and Human Services ("HHS"), and information supplied to me by current HHS employees:

1. I am the former Senior Federal Field Specialist Supervisor for the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), Department of Health and Human Services ("HHS"). In that capacity, I oversaw all the ORR federal field specialist staff from ORR headquarters in Washington, D.C. I served in that position from October 2013 to January 2021. Currently, I am serving as Senior Advisor in the Office of the Director of ORR where I work to inform policy and decision making across ORR. The following statements are true and correct to the best of my knowledge and belief.

2. HHS maintains a database referred to as the UC Portal, which contains records created in the normal course of business relating to juveniles in ORR custody. Included within the UC Portal are records relating to a juvenile's admission and release from ORR custody to the custody of a sponsor.

3. A review of the UC Portal reflects that Plaintiffs WBPE, YAMC and KLGG were in the legal custody of ORR between May and July of 2018 and cared for at an ORR-funded care provider facility. These care provider facilities are privately owned and operated, state licensed facilities that maintain cooperative agreements with ORR.

4. WBPE was admitted to Southwest Key Estrella, in Tucson, Arizona, on May 28, 2018, and was discharged on July 23, 2018 to be reunified with his father, Wilbur P.G.

5. YAMC was admitted to Cayuga Centers, in New York, New York, on May 15, 2018, and was discharged on July 25, 2018 to be reunified with her mother, Erendira C.M.

6. KLGG was admitted to Southwest Key Casa Phoenix, in Phoenix, Arizona, on May 20, 2018, and was discharged on July 24, 2018 to be reunified with his father, Joshua G.G.

Dated: January 05, 2022.
Washington, DC

SIGNED: _____
James De La Cruz, Senior Field
Program Specialist Supervisor