STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7169
    Kenneth.Brakebill@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G., et al., | CASE NO. 4:21-cv-4457-KAW |
| Plaintiffs, | **ORDER AS MODIFIED GRANTING UNITED STATES OF AMERICA'S MOTION FOR CONTINUANCE OF RULE 26(f) CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

ORDER AS MODIFIED
4:21-cv-4457-KAW

Defendant has filed an administrative motion requesting an extension of the Rule 26(f) conference, given that Defendant has a pending Motion to Transfer; Motion to Dismiss. Defendant filed said motion on January 5, 2022. Plaintiff's deadline to respond is February 2, 2022. Defendant's reply is due February 16, 2022. The matter is currently set for hearing on March 3, 2022. Plaintiffs oppose the request. Having considered the papers, and good cause appearing therefore, the Court hereby GRANTS the motion. The dates of the parties' Rule 26(f) conference, as well as the initial case management conference in this matter, shall be determined based on the Court's resolution of Defendant's pending motion. The Court continues the initial case management conference to 4/26/22 at 1:30pm. The joint case management statement is due by 4/19/2022.

**IT IS SO ORDERED.**

DATED: January 27, 2022

Honorable Kandis A. Westmore
United States Magistrate Judge

ORDER AS MODIFIED
4:21-cv-4457-KAW

1