KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731
bbernwanger@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 814 7631

Attorneys for Plaintiffs Wilbur P. G.; Wilfredo Baltazar P. E., a minor child; Erendira C. M.; Yasmin Alicia M. C., a minor child; Joshua G. G.; and Karl Luis G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**NOTICE OF WITHDRAWL OF HAYDEN RODARTE AS COUNSEL FOR PLAINTIFFS**<br><br>Judge:     Hon. Kandis A. Westmore |

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a) and subject to the Court's permission, Hayden Rodarte is withdrawing as counsel for Plaintiffs. Notice of Mr. Rodarte's intent to withdraw has been provided to counsel for Plaintiffs and counsel for the Defendant. The above-listed counsel will continue to serve as counsel of record for Plaintiffs.

Dated: January 31, 2022

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA

By: */s/ Hayden Rodarte*
Hayden Rodarte
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**ORDER**<br><br>Judge:    Hon. Kandis A. Westmore |

Hayden Rodarte seeks to withdraw as counsel for Plaintiffs in the above-captioned litigation pursuant to Civil Local Rule 11-5(a). As this court finds Mr. Rodarte has submitted satisfactory reasoning for withdrawal and that permitting his withdrawal will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Hayden Rodarte is relieved as counsel for Plaintiffs in this proceeding.

Date:  February 1, 2022

_____
JUDGE KANDIS A. WESTMORE