KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731
bbernwanger@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415 814 7631

Attorneys for Plaintiffs Wilbur P. G.; Wilfredo Baltazar P. E., a minor child; Erendira C. M.; Yasmin Alicia M. C., a minor child; Joshua G. G.; and Karl Luis G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**DECLARATION OF ERENDIRA C. M. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTIONS TO TRANSFER AND DISMISS**<br><br>Date:         March 3, 2022<br>Time:        1:30 p.m.<br>Dept.:       Remote via Videoconference or Zoom<br>Judge:      Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date:  Not yet set |

I, Erendira C. M., declare as follows:

1. I am a plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts. I understand that the Court has allowed me to litigate this case using a pseudonym. I am signing this name using my pseudonym and I refer to my daughter by her pseudonym.

2. I intend to testify at trial in this matter.

3. I am the mother of plaintiff Yasmin Alicia M. C. Yasmin is currently 9 years old. She is enrolled in school in Oakland, California, where she is a third grader.

4. Traveling to Arizona for trial would be a burden to me and my family. In addition to Yasmin, I have a two-year-old baby for whom I am the primary caregiver. The other person who I rely upon to care for my baby is my sister. My sister is not available take care of my baby for more than a few hours per day.

5. My household budget is very tight, tight enough that I often have to make difficult decisions about how to prioritize funds for basic family needs. I do not currently have extra funds that I could put towards the cost of traveling to Arizona, lodging there, or childcare for my baby while I am away. If I had travel to Arizona, I would only be able to make one trip, for financial reasons.

6. Additionally, compared to a trial in Oakland, traveling to Arizona for trial would be much more disruptive to Yasmin. If she is to testify at trial, Yasmin would have to accompany me. That would require her missing all school days that occur during my trip. By contrast, if the trial is held in Oakland, Yasmin would be able to attend school whenever her presence is not needed in the courtroom.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 30, 2022 at Oakland, California.

*/s/ Erendira C. M.*[1]
ERENDIRA C. M.

---

[1] The filing attorney certifies that Ms. C. M. concurs in the filing of this document.

1

DECLARATION OF ERENDIRA C. M. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTIONS TO TRANSFER AND DISMISS
Case No. 4:21-cv-04457-KAW

1818057

```
KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731
bbernwanger@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 814 7631
```

Attorneys for Plaintiffs Wilbur P. G.; Wilfredo Baltazar P. E., a minor child; Erendira C. M.; Yasmin Alicia M. C., a minor child; Joshua G. G.; and Karl Luis G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>                    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**CERTIFICATION OF INTERPRETATION**<br><br>Date:     March 3, 2022<br>Time:    1:30 p.m.<br>Dept.:    Remote via Videoconference or Zoom<br>Judge:   Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: Not yet set |

1    I, Oswaldo Martin, certify under penalty of perjury that I am fluent in Mam and in English
2 and that on January 30, 2022, I faithfully interpreted a reading of the foregoing declaration, titled
3 DECLARATION OF ERENDIRA C. M. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
4 DEFENDANT'S MOTIONS TO TRANSFER AND DISMISS, to the plaintiff litigating as
5 Erendira C. M. in this matter.  Ms. C. M. acknowledged that she understood the contents of the
6 interpretation, that the contents thereof were accurate, and that she concurred in the filing of the
7 declaration in her name.
8    Executed at Oakland, California, on February 1, 2022.

*Oswaldo Martin*
OSWALDO MARTIN