KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731
bbernwanger@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 814 7631

Attorneys for Plaintiffs Wilbur P. G.; Wilfredo Baltazar P. E., a minor child; Erendira C. M.; Yasmin Alicia M. C., a minor child; Joshua G. G.; and Karl Luis G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**DECLARATION OF JOSHUA G. G. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTIONS TO TRANSFER AND DISMISS**<br><br>Date:     March 3, 2022<br>Time:    1:30 p.m.<br>Dept.:   Remote via Videoconference or Zoom<br>Judge:  Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: Not yet set |

DECLARATION OF JOSHUA G. G. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTIONS TO TRANSFER AND DISMISS
Case No. 4:21-cv-04457-KAW

1819534

I, Joshua G. G., declare as follows:

1. I am a plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts. I understand that the Court has allowed me to litigate this case using a pseudonym. I am signing this name using my pseudonym and I refer to my son by his pseudonym.

2. I intend to testify at trial in this matter.

3. I live in Oakland, California. I am the father of plaintiff Karl Luis G. G. Karl is currently 17 years old. He is enrolled at Fremont High School in Oakland, California.

4. Traveling to Arizona for trial would be difficult for me and my family. I have two other minor children, who I also live with and care for. If I had to travel to Arizona for trial, I would not be able to care for them in my absence.

5. My household budget is limited enough that I often have to make difficult decisions about how to prioritize my family's money. I do not currently have extra funds that I could put towards the cost of traveling to Arizona. If I had travel to Arizona, I would only be able to make one trip, for financial reasons.

6. Additionally, compared to a trial in Oakland, traveling to Arizona for trial would be more disruptive to Karl's education. If he is to testify at trial, Karl would travel with me. That would require him to miss any school days that occur during the trip. By contrast, if the trial is held in Oakland, Karl would be able to attend school whenever his presence is not needed in the courtroom.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on January 31, 2022 at Oakland, California.

<u>/s/ Joshua G. G.</u>[1]<br>
JOSHUA G. G.

---

[1] The filing attorney certifies that Mr. G. G. concurs in the filing of this document.

1

DECLARATION OF ERENDIRA C. M. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTIONS TO TRANSFER AND DISMISS
Case No. 4:21-cv-04457-KAW

1819534

KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731
bbernwanger@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 814 7631

Attorneys for Plaintiffs Wilbur P. G.; Wilfredo Baltazar P. E., a minor child; Erendira C. M.; Yasmin Alicia M. C., a minor child; Joshua G. G.; and Karl Luis G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**CERTIFICATION OF INTERPRETATION**<br><br>Date:     March 3, 2022<br>Time:    1:30 p.m.<br>Dept.:    Remote via Videoconference or Zoom<br>Judge:   Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: Not yet set |

1      I, Rosendo Aguilar, certify under penalty of perjury that I am fluent in Mam and in English and that on February 1, 2022, I faithfully interpreted a reading of the foregoing declaration, titled DECLARATION OF JOSHUA G. G. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTIONS TO TRANSFER AND DISMISS, to the plaintiff litigating as Joshua G. G. in this matter.  Mr. G. G. acknowledged that he understood the contents of the interpretation, that the contents thereof was accurate, and that he concurred in the filing of the declaration in his name.

     Executed at Oakland, California, on February 1, 2022.

*Rosendo Aguilar*
ROSENDO AGUILAR