KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731
bbernwanger@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415 814 7631

Attorneys for Plaintiffs Wilbur P. G.; Wilfredo Baltazar P. E., a minor child; Erendira C. M.; Yasmin Alicia M. C., a minor child; Joshua G. G.; and Karl Luis G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**DECLARATION OF WILBUR P.G. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTIONS TO TRANSFER AND DISMISS**<br><br>Date:        March 3, 2022<br>Time:       1:30 p.m.<br>Dept.:       Remote via Videoconference or Zoom<br>Judge:      Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: Not yet set |

DECLARATION OF WILBUR P.G. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTIONS TO TRANSFER AND DISMISS
Case No. 4:21-cv-04457-KAW

1819921

I, Wilbur, P.G., declare as follows:

1. I am a plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts. I understand that the Court has allowed me to litigate this case using a pseudonym. I am signing this name using my pseudonyms and I refer to my son by his pseudonym.

2. I intend to testify at the trial in this matter.

3. I am the father of plaintiff Wilfredo Baltazar P.E. Wilfredo is currently 14 years old. He is enrolled in Balboa High School in San Francisco, California, where he is in the 9th grade.

4. Traveling to Arizona for trial would be a burden to me and my family. I currently work for a company that does remodeling. I am paid on an hourly basis and do not receive paid time off like vacation days. I have not been with the company long. I worry that if I needed to start requesting time off work to travel to Arizona for this case, I would risk losing the opportunity to continue working there.

5. I do not have the financial resources necessary to litigate this case in Arizona. My family's financial situation has been unstable during the pandemic. We have had to make difficult decisions about how to allocate the funds we have to pay for our family's needs. I do not currently have extra funds that I could put toward the cost of traveling to Arizona and to pay for lodging there.

//

//

1

DECLARATION OF WILBUR P.G. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTIONS TO TRANSFER AND DISMISS
Case No. 4:21-cv-04457-KAW

1819921

6. Additionally, compared to a trial in Oakland, traveling to Arizona for trial would be much more disruptive to my son Wilfredo. Wilfredo would have to accompany me to Arizona to testify at trial. He would have to miss all of the school days that occurred during the trip. However, if the trial is held in Oakland, Wilfredo could attend school in San Francisco whenever his presence is not needed in the courtroom.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on January 31, 2022 at San Francisco, California.

/s/ *Wilbur P.G.*[1]
WILBUR P.G.

---

[1] The filing attorney certifies that Mr. P. G. concurs in the filing of this document.

2
DECLARATION OF WILBUR P.G. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTIONS TO TRANSFER AND DISMISS
Case No. 4:21-cv-04457-KAW

1819921

CERTIFICATE OF TRANSLATION

My name is Bree Bernwanger and I am competent to translate from English to Spanish. I translated the foregoing document from English to Spanish and read it to the declarant, Wilbur P.G., in Spanish. Wilbur P.G. affirmed that the contents of the declaration were true and correct to the best of his knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January 2022 in Berkeley, California.

_____
Bree Bernwanger