```
KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731
bbernwanger@lccrsf.org
VICTORIA PETTY - # 338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 814 7631
```

Attorneys for Plaintiffs Wilbur P. G.; Wilfredo Baltazar P. E., a minor child; Erendira C. M.; Yasmin Alicia M. C., a minor child; Joshua G. G.; and Karl Luis G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**NOTICE OF APPEARANCE OF VICTORIA PETTY**<br><br>Judge:      Hon. Kandis A. Westmore<br><br>Date Filed: June 14, 2022<br><br>Trial Date: Not yet set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Victoria Petty of Laywers' Committee for Civil Rights of the San Francisco Bay Area hereby enters an appearance as counsel for Plaintiffs Wilbur P. G.; Wilfredo Baltazar P. E., a minor child; Erendira C. M.; Yasmin Alicia M. C., a minor child; Joshua G. G.; and Karl Luis G. G., a minor child.

Her address, telephone, fax, and email are listed below as follows:

> VICTORIA PETTY
> State Bar No. 338689
> Email:        vpetty@lccrsf.com
> LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
> THE SAN FRANCISCO BAY AREA
> 131 Steuart St #400
> San Francisco, CA 94105
> Telephone:    415 814 7631

Dated: June 14, 2022

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE SAN
FRANCISCO BAY AREA

By: */s/ Victoria Petty*
VICTORIA PETTY
BREE BERNWANGER