**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**CASE MANAGEMENT MINUTES**</u>

| | | |
|---|---|---|
| **Date:** 6/14/2022 | **Time:** 1:44pm - 2:17pm (33 minutes) | **Judge:** Kandis A. Westmore |
| **Case No.:** 21-cv-04457-KAW | **Case Name:** P.G. v. United States of America | |

**For Plaintiff(s):**
Travis Silva and Christopher Sun

**For Defendant(s):**
Kenneth Barkebill

**Deputy Clerk:** William F. Tabunut          **Recorded via Zoom:** 1:44pm - 2:17pm

**PROCEEDINGS**

Initial case management conference held via Zoom.

**PRETRIAL SCHEDULE:**

Last day to amend pleadings:  **7/29/2022**

Fact Discovery cutoff**: 6/9/2023**

Expert disclosure: **6/30/2023**

Expert rebuttal: **7/28/2023**

Expert discovery cutoff**: 8/25/2023**

Filing of Summary Judgment Motions: **9/29/2023**

Filing of Summary Judgment Motions Oppositions: **10/27/2023**

Filing of Replies in Support Summary Judgment Motions: **11/17/2023**

Hearing on Summary Judgment and Dispositive Motions: **12/7/2023**

Pretrial Conference:          **April 24, 2024 at 2:00 p.m.**

Trial:          **May 6, 2024 at 9:00 a.m., for 10 day Bench Trial**

Parties are directed to meet and confer and file a joint declaration explaining using the Arizona proposed protective order as modified. A further Case Management Conference is set for **October 18, 2022** at 1:30 P.M.  A joint case management statement is due by October 11, 2022**.** Parties can stipulate to move date if more time is needed.

Order to be prepared by the Court.