STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY (# 230423)
TRAVIS SILVA (# 295856)
CHRISTOPHER S. SUN (# 308945)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731
131 Steuart Street #400
San Francisco, CA 94105
Telephone: 415-814-7631

Attorneys for Plaintiffs WILBUR P. G.;
WILFREDO BALTAZAR P. E., a minor child;
ERENDIRA C. M.; YASMIN ALICIA M. C., a
minor child; JOSHUA G. G.; and KARL LUIS
G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G., et al., | CASE NO. 4:21-cv-4457-KAW |
| Plaintiffs, | |
| v. | **STIPULATION REGARDING FILING OF AMENDED ANSWER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | Honorable Kandis A. Westmore |

1   The parties to the above-captioned action jointly submit this STIPULATION REGARDING
2  AMENDED ANSWER pursuant to Federal Rule of Civil Procedure 15(a)(2).

3

4   WHEREAS, Defendant averred in its Answer filed on May 24, 2022 that insofar as specific
5  allegations in the Complaint call for an admission or denial in circumstances where the United States is
6  not permitted by law to disclose any information it may have regarding those allegations (*see, e.g.*, 8
7  U.S.C. § 1376), Defendant denied those allegations and averred that it would supplement its Answer
8  upon the execution of privacy waivers from Plaintiffs (*see* ECF 45 at 1 ¶ 4);

9   WHEREAS, the parties raised this issue with the Court in its initial Case Management
10 Conference Statement and their plan for Defendant to supplement its Answer upon receipt of said
11 executed waivers (*see* ECF No. 47 at 4);

12  WHEREAS, counsel for the parties met and conferred on the issue of procuring waivers from
13 Plaintiffs, and Plaintiffs' counsel obtained executed waivers and provided them to counsel for Defendant
14 on July 18, 2022;

15  WHEREAS, Defendant has now supplemented its Answer for the allegations in the Complaint
16 that it was previously not able to answer without executed privacy waivers; and

17  WHEREAS, Defendant also amended its Answer to clarify its Affirmative Defense No. 18 in
18 response to an inquiry from counsel for Plaintiffs,

19

20  IT IS HEREBY STIPULATED, by the parties to this action, through their counsel of record, that
21 1) Defendant will file its Amended Answer on July 29, 2022; 2) Plaintiffs hereby provide their written
22 consent, pursuant to Federal Rule of Civil Procedure 15(a)(2), to Defendant to file its Amended Answer;
23 //
24 //
25 //
26 //
27
28 STIPULATION REGARDING FILING OF AMENDED ANSWER
   CASE 4:21-CV-4457-KAW

1

and 3) Plaintiffs have not reviewed this Amended Answer prior to its filing and will evaluate its substance after its filing.

DATED: July 29, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Kenneth W. Brakebill*[1]
KENNETH W. BRAKEBILL
Assistant United States Attorney
Attorneys for Defendant

KEKER, VAN NEST & PETERS LLP

*/s/ Travis Silva*
BROOK DOOLEY
TRAVIS SILVA
CHRISTOPHER S. SUN
Attorneys for Plaintiffs

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

*/s/ Bree Bernwanger*
BREE BERNWANGERAttorneys for Plaintiffs

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION REGARDING FILING OF AMENDED ANSWER
CASE 4:21-CV-4457-KAW

2