KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
BREE BERNWANGER - # 331731
bbernwanger@lccrsf.org
VICTORIA PETTY - #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415 814 7631

Attorneys for Plaintiffs Wilbur P. G.; Wilfredo
Baltazar P. E., a minor child; Erendira C. M.;
Yasmin Alicia M. C., a minor child; Joshua G.
G.; and Karl Luis G. G., minor child

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### OAKLAND DIVISION

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**NOTICE OF APPEARANCE OF CHRISTINA LEE**<br><br>Judge:    Hon. Kandis A. Westmore<br><br>Date Filed:  June 10, 2021<br><br>Trial Date:  Not yet set |

1    **PLEASE TAKE NOTICE** that Christina Lee of Keker, Van Nest & Peters LLP hereby

2    enters an appearance as counsel for Plaintiffs Wilbur P. G.; Wilfredo Baltazar P. E., a minor

3    child; Erendira C. M.; Yasmin Alicia M. C., a minor child; Joshua G. G.; and Karl Luis G. G.,

4    minor child.

5    Her address, telephone, fax, and email are listed below as follows:

6    CHRISTINA LEE
     State Bar No. 314339
7    Email: clee@keker.com
     KEKER, VAN NEST & PETERS LLP
8    633 Battery Street
     San Francisco, CA 94111-1809
9    Telephone:    415 391 5400
     Facsimile:    415 397 7188
10

11

12   Dated: September 7, 2022                          KEKER, VAN NEST & PETERS LLP

13

14                                           By:   /s/ Christina Lee
                                                   BROOK DOOLEY
15                                                 TRAVIS SILVA
                                                   CHRISTOPHER S. SUN
16                                                 CHRISTINA LEE

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF CHRISTINA LEE
Case No. 4:21-cv-04457-KAW

1910872