STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorney
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    FAX: (415) 436-7169
    kelsey.helland@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 4:21-cv-4457-KAW <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Assistant United States Attorney Kelsey J. Helland hereby enters his appearance on behalf of Defendant United States of America. Please direct all notices, pleadings, and correspondence to his attention at the above-captioned address. Kenneth Brakebill will remain the lead attorney for Defendant in this action. While Stephanie M. Hinds and Michelle Lo will appear on the pleadings, no service need be made on them.

DATED: September 7, 2022                        Respectfully submitted,

                                                        STEPHANIE M. HINDS
                                                        United States Attorney

                                                        */s/ Kelsey J. Helland*
                                                        KELSEY J. HELLAND
                                                        Assistant United States Attorney

                                                        *Attorneys for the United States of America*

NOTICE OF APPEARANCE
4:21-CV-4457-KAW                            1