**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**PRE-SETTLEMENT TELEPHONIC CONFERENCE MINUTES**

| **Date:** 10/13/2022 | **Time:** 2:15pm - 2:25pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 21-cv-08369-BLF (KAW) | **Case Name:** Johnson v. Catina Investment, LLC | |

**For Plaintiff:** Naomi Butler

**For Defendants:** No Appearance

**Deputy Clerk:** William F. Tabunut          **Not Reported:**

**PROCEEDINGS**

Parties to contact Judge Westmore's Courtroom Deputy for further setting of telephonic conference.