**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**FURTHER CASE MANAGEMENT MINUTES**

| Date: 1/17/2023 | Time: 2:54pm - 3:11pm | Judge: Kandis A. Westmore |
|---|---|---|
| Case No.: 21-cv-04457-KAW | Case Name: P.G. et al. v. United States of America | |

**For Plaintiff(s):**
Travis Silva, Christina Lee and Jacqueline Concilla

**For Defendant(s):**
Kenneth Barkebill and Kelsey Helland

**Deputy Clerk:** William F. Tabunut     **Recorded via Zoom:** 2:54pm – 3:11pm

**PROCEEDINGS**

Initial case management conference held via Zoom. Parties to meet and confer re: discovery and protective order issues. Parties elect to forego setting of ADR deadline.

A further Case Management Conference is set for **4/18/2023** at 1:30 P.M. A joint case management statement is due by **4/11/2023.**