# EXHIBIT A

**Exhibit A – Plaintiffs' Submission of Representative Deliberative Process Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/ Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0023930 | CD-US-0023930 | msg | REDACTED | Deliberative Process | Parent | 4/18/2018 | Leachman, Margaret (USATXW) | Abernathy, Terri (USANM) <TAbernathy@usa.doj.gov> | Terri Abernathy, AUSA NM; Margaret Leachman, AUSA TXW | Email exchange between USAO NM and USAO WTX regarding discussion on how to implement ZTP, including discussion of prosecution of family units |
| CD-US-0166090 | CD-US-0166091 | DOCX | REDACTED | Deliberative Process | Attachment | 4/24/2018 | Isaacs, Marc (CTR) | | Brady Roberts, CTR | Document on facilitating communication between separated families with ICE |
| CD-US-0166092 | CD-US-0166092 | PPTX | REDACTED | Deliberative Process | Attachment | 4/24/2018 | Roberts, Brady (CTR) | | Brady Roberts, CTR | Document on facilitating communication between separated families. |
| CD-US-0025657A | CD-US-0025659A | MSG | REDACTED | Deliberative Process | Parent | 4/24/2018 | DEFREITAS, CHRISTOPHER (TUS) | OPS WEST SECTORS <OPSWESTSECTORS@cbp.dhs.gov>; CBP-MCAT-TEAM <CBP-MCAT-TEAM@cbp.dhs.gov>; CALVILLO, MANUEL <MANUEL.CALVILLO@CBP.DHS.GOV>;TCA OPS TASKINGS <TCAOPSTASKINGS@cbp.dhs.gov>; LEONARD, RALEIGH L <raleigh.l.leonard@cbp.dhs.gov>; MARTIN, THOMAS G <THOMAS.G.MARTIN@CBP.DHS.GOV> | | Pre-decisional and deliberative suggestion regarding concerns relating to credible fear |
| CD-US-0167637 | CD-US-0167640 | docx | Redacted | Deliberative Process | Attachment | 4/30/2018 | BRACKETT, LAUREN M. | | | Text for CBP to opine on for Congress and redlines and comments redacted. From cover email in family, this is the proposed Agency response for USBP review, plus comments and edits internal to USBP as part of Agency internal review, not the final Agency response to Congress. Document concerns proposals related to mobile surveillance |
| CD-US-00017069 | CD-US-00017069 | xlsx | WITHHELD | Deliberative Process | Attachment | 4/30/2018 | | | | Contains exchange among EOUSA and USAOs on Southwest Border regarding their capacity to prosecute 1325 cases. |

1

## Exhibit A – Plaintiffs' Submission of Representative Deliberative Process Entries

| BEGDOC# | ENDDOC# | File Ext. | Redacted/ Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0167637 | CD-US-0167640 | docx | Redacted | Deliberative Process | Attachment | 4/30/2018 | BRACKETT, LAUREN M. | | | Text for CBP to opine on for Congress and redlines and comments redacted. From cover email in family, this is the proposed Agency response for USBP review, plus comments and edits internal to USBP as part of Agency internal review, not the final Agency response to Congress. Document concerns proposals related to mobile surveillance |
| CD-US-00018018 | CD-US-00018018 | xlsx | | Deliberative Process | Parent | 5/1/2018 | Abernathy, Terri (USANM) | Tsethlikai, Serra (USAEO) | | Chart of limitations of personnel, capacity and space for ZTP implementation. |
| CD-US-0138996A | CD-US-0138997A | EML | REDACTED | Deliberative Process | E-Mail | 5/2/2018 | Harper, Mellissa B | Shaw, Sara [Sara.Shaw@ice.dhs.gov]; Johnson, Tae D [Tae.D.Johnson@ice.dhs.gov];Dougherty, Deane [Deane.Dougherty@ice.dhs.gov] | | Email chain discussing topics to be addressed and deliberated at a White House immigration meeting relating to, among other things, detention capacity |
| CD-US-0021168 | CD-US-0021170 | msg | REDACTED | Deliberative Process | Parent | 5/4/2018 | Bash, John (USATXW) | Patrick, Ryan (USATXS) <RPatrick@usa.doj.gov> | John Bash, USA TXW; Ryan Patrick, USA TXS; Adam Braverman, USA CAS | Discussion among USAOs on Southwest Border debating potential changes to the implementation of Zero Tolerance Policy in response to policy changes made by CBP |
| CD-US-0052789 | CD-US-0052793 | docx | REDACTED | Deliberative Process | Attachment | 5/7/2018 | Meghann K Peterlin | | | Draft policy paper on Protecting Children with edits, comments, and track changes |
| CD-US-0117538 | CD-US-0117541 | MSG | REDACTED | Deliberative Process | Attachment | 5/10/2018 | Seguin, Debbie | Johnson, Tae D [Tae.D.Johnson@ice.dhs.gov]; Roncone, Stephen [Stephen.Roncone@ice.dhs.gov];Loiacono, Adam V [Adam.V.Loiacono@ice.dhs.gov] | Valerie Boyd | Pre-decisional, deliberative email discussion regarding ICE analysis of cost implications of new policy on prosecutions |
| CD-US-0196576 | CD-US-0196580 | EML | REDACTED | Deliberative Process | Parent | 5/21/2018 | Johnson, Tae D | Kane, Katrina S [Katrina.S.Kane@ice.dhs.gov] | | Redacted portion of the document summarizes points of discussion from WH meeting, and includes further research from ICE regarding the same |

**Exhibit A – Plaintiffs' Submission of Representative Deliberative Process Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/ Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0199316 | CD-US-0199321 | EML | REDACTED | Deliberative Process | Parent | 5/21/2018 | Cates, Harold [Harold.Cates@ice.dhs.gov] | Caudill, Dewey [Dewey.Caudill@ice.dhs.gov];Johnson, Tae D [Tae.D.Johnson@ice.dhs.gov];Kissel, Roger T [Roger.T.Kissel@ice.dhs.gov]; Harris, Andrea [Andrea.Harris@ice.dhs.gov];Stubbs, Molly [Molly.Stubbs@ice.dhs.gov];Smith, Tadgh A [Tadgh.A.Smith@ice.dhs.gov] | | Pre-decisional deliberations regarding resources necessary for zero tolerance policy. |

**Exhibit A – Plaintiffs' Submission of Representative Deliberative Process Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/ Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0196388 | CD-US-0196389 | MSG | REDACTED | Deliberative Process | Attachment | 5/25/2018 | Holm, Jim S. EOP/OMB [James_S_Holm@omb.eop.gov] | Abrams, Andrew D. EOP/OMB [Andrew_Abrams@omb.eop.gov];Cramer, Drew [Drew.W.Cramer2@omb.eop.gov];Boden, James EOP/OMB [James_Boden@omb.eop.gov];Bradlee, Mollie H. EOP/OMB [Mollie_H_Bradlee@omb.eop.gov];Brant, Alex M. EOP/OMB [Alex_M_Brant@omb.eop.gov];Hanson, Jennifer L. EOP/OMB [Jennifer_L_Hanson@omb.eop.gov];Sciannameo, Maria EOP/OMB [Mariarosaria_Sciannameo@omb.eop.gov];Widuch, Brian A. EOP/OMB [Brian_A_Widuch@omb.eop.gov];Newman, Kimberly A. EOP/OMB [Kimberly_A._Newman@omb.eop.gov];Daumit, Alexander (Jim) J. EOP/OMB [Alexander_J._Daumit@omb.eop.gov];Tomasulo, Gary L. EOP/NSC [Gary.L.Tomasulo@nsc.eop.gov];Bristow, Justin A. EOP/NSC [Justin.A.Bristow@nsc.eop.gov];Hamilton, Gene (OAG [Gene.Hamilton@usdoj.gov];Scudder, Ryan [Ryan.Scudder@hq.dhs.gov];Dromgoole, Alexis [Alexis.Dromgoole@hq.dhs.gov];Dougherty, Michael | | Draft agenda for immigration meeting, listing detailed subjects to be discussed and deliberated during the meetings |
| CD-US-0020607 | CD-US-0020609 | docx | REDACTED | Deliberative Process | Attachment | 6/1/2018 | Tsethlikai, Serra (USAEO) | | | Draft Report on Western District of Texas Renewed Commitment to Immigration Enforcement |

4

**Exhibit A – Plaintiffs' Submission of Representative Deliberative Process Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0198937 | CD-US-0198938 | msg | REDACTED | Deliberative Process | Parent | 6/15/2018 | Policy Coordinator | Policy Coordinator;Wynne, Maggie (HHS/IOS);Wagner, Steven (ACF);Mansdoerfer, David (HHS/OASH);Moughalian, Jen (HHS/ASFR);Lloyd, Scott (ACF);EDH (OS/IOS);Liddell, Christopher P. EOP/WHO;Davis, May M. EOP/WHO;Fuentes, Zach D. EOP/WHO;Mallon, Emily R. EOP/WHO;'chad.wolf@hq.dhs.gov';'Thurston, Eliza';NUTZHORN, JOSHUA B;Hargan, Eric (OS/IOS);DeputySecretary (OS/IOS);Callahan, Kenneth (HHS/IOS);Risch, Carl C;Frideres, Taryn F;'Suero, Maya A. (ODAG)';Steven.A.Engel@usdoj.gov;Moreland, Chenoa R CTR OSD OUSD POLICY (US);Leggitt, Lance B. EOP/WHO;Salvi, Mary E. EOP/WHO;Wold, Theo J. EOP/WHO;Gavoor, Aram A. EOP/WHO;Cytryn, Jen B. EOP/WHO;Tomasulo, Gary L. EOP/NSC;Bristow, Justin A. EOP/NSC;Vought, Russell T. EOP/OMB;Robbins, Amanda H. EOP/OMB;Donaldson, Annie M. EOP/WHO;Coleman, Reid E. EOP/WHO;Greenwood, Daniel Q. EOP/WHO;Curry, Cat E. EOP/WHO;Ditto, Jessica E. EOP/WHO;Dhillon, Uttam A. EOP/WHO;Moorhead, Quellie U. EOP/WHO;Adams, Kristine;Teitelbaum, Andrew H. EOP/NSC;Schechter, Cecilia S. EOP/NSC;Hahn, Julia A. EOP/WHO;Fears, | Policy Coordinator, WH; Chad Wolf, DHS; Lloyd Scott, HHS APF; Steven Engel, DOJ OLC; Others | Pre-decisional deliberations regarding resources necessary for zero tolerance policy. |
| CD-US-0199780 | CD-US-0199783 | msg | REDACTED | Deliberative Process | Parent | 6/15/2018 | Gardea, Jose G. | Camacho, Renee; Abernathy, Terri | Iris Lan ODAG, John Anderson USA, Terri Abernathy USA NM | Predecisional deliberations containing proposed questions aimed at assessing and evaluating Zero Tolerance implementation in southwest border districts. |

**Exhibit A – Plaintiffs' Submission of Representative Deliberative Process Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-00019041 | CD-US-00019043 | MSG | REDACTED | Attorney Client Privilege; Deliberative Process | Parent | 6/20/2018 | Braley, Timothy (USATXS) | Patrick, Ryan (USATXS) <RPatrick@usa.doj.gov> | Patrick - US Attorney, Braley - FAUSA | Internal discussion of logistics involving zero tolerance after issuance of EO |
| CD-US-00017349 | CD-US-00017349 | msg | REDACTED | Deliberative Process | Parent | 6/21/2018 | Abernathy, Terri (USANM) | Anderson, John (USANM) <JAnderson1@usa.doj.gov> | Terri Abernathy USA NM, John Anderson USA NM | Questions of capacity, limitation on office's ability to prosecute 1325 offenses under the ZTP. |
| CD-US-00017105 | CD-US-00017105 | msg | REDACTED | Deliberative Process | Attachment | 6/26/2018 | Abernathy, Terri (USANM) | Anderson, John (USANM) <JAnderson1@usa.doj.gov> | Terri Abernathy USA NM, John Anderson USA NM | Internal email discussion regarding issues related to the separation of children from families for 1325 and 1326 cases. |
| CD-US-0076623 | CD-US-0076623 | msg | REDACTED | Deliberative Process | E-Mail | 6/26/2018 | Stauffer, Evelyn (OS/ASPA) | Stecker, Judy (OS/ASPA);Meekins, Chris (OS/ASPR/IO);Murphy, Ryan (OS/ASPA);Weber, Mark (HHS/ASPA);Lloyd, Scott (ACF) | Evelyn Stauffer and Chris Meekins | Discussion of policy regarding child separation |
| CD-US-0025540 | CD-US-0025541 | docx | REDACTED | Deliberative Process | Parent | 6/28/2018 | WRAY, JOEL P | | | Draft Issue Paper on ZTP dated June 28, 2018. Document has a "DRAFT" watermark |