# EXHIBIT B

**Exhibit B – Plaintiffs' Submission of Representative Attorney-Client Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/ Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0021246 | CD-US-0021326 | ppt | REDACTED | Attorney Client Privilege | ATTACHMENT | 4/12/2018 | Authorized User | | Jody Gilzene, AUSA TXW | Slideshow presented by USAO TXW to CBP regarding prosecution policy and setting forth prosecution guidelines |
| CD-US-0127922T | CD-US-0127922T | DOCX | REDACTED | Attorney Client Privilege | File | 4/22/2018 | Wolf, Chad | | DHS OGC | draft document for hearing preparation on the issue of family separations sent to counsel |
| CD-US-0102752 | CD-US-0102753 | EML | REDACTED | Attorney Client Privilege | Parent | 4/23/2018 | Baldovich, Patricia | Blank, Thomas [Thomas.Blank@ice.dhs.gov];Lestino, Leo Marvin M [LeoMarvin.M.Lestino@ice.dhs.gov]; Simon, Joseph D [Joseph.D.Simon@ice.dhs.gov] | John Mitnick | Email chain discussing request for strategic arguments in response to family separation issues |
| CD-US-00018007 | CD-US-00018009 | pdf | REDACTED | Attorney Client Privilege | PARENT | 5/1/2018 | Abernathy, Terri (USANM) | MANUEL.IBARBO@cbp.dhs.gov IBARBO, MANUEL | Terri Abernathy / Adrian Granillo, Manuel Ibarro | Communication between AUSA and CPB Supervisors re forthcoming litigation |
| CD-US-0039470 | CD-US-0039471 | MSG | REDACTED | Attorney Client Privilege | PARENT | 5/7/2018 | PETERLIN, MEGHANN K | COUREY, MARC BENNETT (OCC) <MARCBENNETT.COUREY@cbp.dhs.gov>; Slocum, Louisa (OCC) <louisa.slocum@cbp.dhs.gov>; KOLLER, JULIE (OCC) <JULIE.KOLLER@cbp.dhs.gov>, FLANAGAN, PATRICK S <Patrick.Flanagan@dhs.gov>; BOYD, VALERIE S <valerie.s.boyd@cbp.dhs.gov> | John Mitnick, Marc Courey, Meghann Peterlin CBP OCC attorneys | Comments by attorneys about draft document on Protecting Children for review and approval by Secretary Neilson. |
| CD-US-0080526 | CD-US-0080526 | MSG | REDACTED | Attorney Client Privilege | E-Mail | 5/8/2018 | PRESTON, WAYNE L | DARLING, TRAVIS S. <TRAVIS.S.DARLING@cbp.dhs.gov> | USAO | Email reflects USAO legal input regarding prosecutions. |
| CD-US-00011128A | CD-US-00011148A | docx | REDACTED | Attorney Client Privilege; Deliberative Process; Work Product | E-DOC | 5/9/2018 | Abbott, Christian | | Gene Hamilton, OAG | DOJ official's notes regarding meeting with DHS Secretary on family separation policy |

**Exhibit B – Plaintiffs' Submission of Representative Attorney-Client Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/ Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0057852 | CD-US-0057852 | MSG | REDACTED | Attorney Client Privilege | Attachment | 5/14/2018 | Harper, Mellissa B | Lorenzen-Strait, Andrew R [Andrew.R.Lorenzen-Strait@ice.dhs.gov];Johnson, Tae D [Tae.D.Johnson@ice.dhs.gov];Dougherty, Deane [Deane.Dougherty@ice.dhs.gov];Brooks, Jay M [Jay.M.Brooks@ice.dhs.gov];Trickler-McNulty, Claire [Claire.Trickler-McNulty@ice.dhs.gov] | ICE-DHS Mellissa Harper | Agency providing legal analysis and deliberative recommendations for dealing with reunification and agency marketing materials. |
| CD-US-0045934 | CD-US-0045935 | MSG | REDACTED | Attorney Client Privilege | E-Mail | 5/14/2018 | SANCHEZ1, EDUARDO | PRESTON, WAYNE L <wayne.l.preston@cbp.dhs.gov>, DARLING, TRAVIS S. <TRAVIS.S.DARLING@cbp.dhs.gov> | Arizona USAO | Reflects analysis of Arizona USAO's prosecutions, including legal basis for prosecutions and non-referrals |
| CD-US-0057997 | CD-US-0058001 | EML | REDACTED | Attorney Client Privilege | E-Mail | 5/16/2018 | Harper, Mellissa B | Guadian, Robert [Robert.Guadian@ice.dhs.gov];Lummert, Nathalie [Nathalie.Lummert@ice.dhs.gov];Lorenzen-Strait, Andrew R [Andrew.R.Lorenzen-Strait@ice.dhs.gov];Johnson, Tae D [Tae.D.Johnson@ice.dhs.gov];Dougherty, Deane [Deane.Dougherty@ice.dhs.gov];Brooks, Jay M [Jay.M.Brooks@ice.dhs.gov];Trickler-McNulty, Claire [Claire.Trickler-McNulty@ice.dhs.gov];Burke, Monica S [Monica.S.Burke@ice.dhs.gov];Loiacono, Adam V [Adam.V.Loiacono@ice.dhs.gov]; Jennings, David W [David.W.Jennings@ice.dhs.gov];Burke, Ryan P [Ryan.P.Burke@ice.dhs.gov];Cortes, Scott (CTR) [Scott.Cortes@associates.ice.dhs.gov];Mitchell, Jason B | ICE-DHS Robert Guadian | Agency communicating legal approaches to reunification and action steps. |

**Exhibit B – Plaintiffs' Submission of Representative Attorney-Client Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/ Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0020881 | CD-US-0020881 | msg | REDACTED | Attorney Client Privilege | PARENT | 5/21/2018 | Sofer, Gregg (USATXW) | Bash, John (USATXW) <JBash@usa.doj.gov> | John Bash, USA TXW | Discussion of USA Bash's understanding of CBP prosecution referral policy with respect to family units |
| CD-US-0020816 | CD-US-0020816 | msg | REDACTED | Attorney Client Privilege | PARENT | 5/21/2018 | Bash, John (USATXW) | Sofer, Gregg (USATXW) <GSofer@usa.doj.gov>; Fernald, Michelle (USATXW) <MFernald@usa.doj.gov> | John Bash, USA TXW | Discussion of prosecutions for family units based on information learned from CBP |
| CD-US-0184203 | CD-US-0184210 | MSG | REDACTED | Attorney Client Privilege | | 5/22/2018 | Khoury, Cyrena | Harper, Mellissa B [Mellissa.B.Harper@ice.dhs.gov]; Burke, Monica S [Monica.S.Burke@ice.dhs.gov]; Woodall, Mirta J [Mirta.J.Woodall@ice.dhs.gov] | Cyrena Khoury, Adam Loiacono | Email re discussion of implementation of executive order referencing OPLA input, OPLA counsel in loop. |

**Exhibit B – Plaintiffs' Submission of Representative Attorney-Client Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0059132 | CD-US-0059140 | EML | REDACTED | Attorney Client Privilege | E-Mail | 5/23/2018 | Trickler-McNulty, Claire | Guadian, Robert [Robert.Guadian@ice.dhs.gov];Lummert, Nathalie [Nathalie.Lummert@ice.dhs.gov];Burke, Monica S [Monica.S.Burke@ice.dhs.gov];Harper, Mellissa B [Mellissa.B.Harper@ice.dhs.gov];Lorenzen-Strait, Andrew R [Andrew.R.Lorenzen-Strait@ice.dhs.gov];Johnson, Tae D [Tae.D.Johnson@ice.dhs.gov];Dougherty, Deane [Deane.Dougherty@ice.dhs.gov];Brooks, Jay M [Jay.M.Brooks@ice.dhs.gov];Loiacono, Adam V [Adam.V.Loiacono@ice.dhs.gov];Khoury, Cyrena [Cyrena.Khoury@ice.dhs.gov];Baker, Nikita M [Nikita.M.Baker@ice.dhs.gov];Woodall, Mirta J [Mirta.J.Woodall@ice.dhs.gov];Plavsic, Julie [Julie.Plavsic@ice.dhs.gov];Mitchell, Jason B [Jason.B.Mitchell@ice.dhs.gov]; Jennings, David W [David.W.Jennings@ice.dhs.gov];Burke, Ryan P [Ryan.P.Burke@ice.dhs.gov];Cortes, Scott (CTR) | ICE-OPLA Monica Burke, Adam Loiacono and Cyrena Khoury | Email exchange involving ICE-OPLA attorneys Monica Burke, Adam Loiacono and Cyrena Khoury, regarding Family Reunification. |
| CD-US-0098728 | CD-US-0098729 | MSG | REDACTED | Attorney Client Privilege | E-Mail | 6/13/2018 | BOYD, VALERIE S | Waldman, Katie <katie.waldman@hq.dhs.gov> | Julie Koller, Marc Bennet Courey, Louisa Slocum | The redaction is an internal discussion of proposed edits to the Public Fact Sheet on Reunification. |

4

**Exhibit B – Plaintiffs' Submission of Representative Attorney-Client Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/ Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0098540 | CD-US-0098543 | docx | REDACTED | Attorney Client Privilege | Attachment | 6/13/2018 | Christine Schellack | | Julie Koller, Marc Bennet Courey, Louisa Slocum | The document is a draft in track changes format with comments and edits attached and visible. It is a draft of the Information for Parent and Children being circulated for comments. |
| CD-US-0073604 | CD-US-0073605 | EML | REDACTED | Attorney Client Privilege | E-Mail | 6/13/2018 | Blank, Thomas | Hamilton, Gene (OAG) [Gene.Hamilton@usdoj.gov];Homan, Thomas [Thomas.Homan@ice.dhs.gov] | Gene Hamilton | email from doj discussing an interagency working group regarding issues related to |
| CD-US-0143457T | CD-US-0143459T | DOCX | REDACTED | Attorney Client Privilege | File | 6/14/2018 | Lansing, Christyn | | DHS OGC | Comment seeks legal advice from counsel |
| CD-US-0140074T | CD-US-0140075T | DOCX | REDACTED | Attorney Client Privilege | File | 6/14/2018 | KOLLER, JULIE (OCC) | | ICE OPLA | Comments are ICE-OPLA legal review that reflect advice or comments on specific portions of the draft document. |
| CD-US-0066591 | CD-US-0066594 | EML | REDACTED | Attorney Client Privilege | E-Mail | 6/14/2018 | Loiacono, Adam V | Johnson, Tae D [Tae.D.Johnson@ice.dhs.gov]; Lorenzen-Strait, Andrew R [Andrew.R.Lorenzen-Strait@ice.dhs.gov] | Adam Loiacono ICE Attorney | CBP requests the removal of language/detailed information from a public fact sheet on reunification prepared by ICE/CBP for internal DHS use. |
| CD-US-0080082 | CD-US-0080084 | docx | REDACTED | Attorney Client Privilege | Attachment | 6/15/2018 | Lansing, Christyn | | Joshua Herman | Redactions include substantive legal attorney edits related to draft document discussing influx of border crossings. |
| CD-US-0078429 | CD-US-0078432 | docx | REDACTED | Attorney Client Privilege | Attachment | 6/15/2018 | Waldman, Katie | | OCC | Email document is attached to states that OCC reviewed the document. Cannot tell if all edits are from OCC, but assuming them to be attorney work product |
| CD-US-0033363 | CD-US-0033363 | MSG | REDACTED | Attorney Client Privilege | PARENT | 6/18/2018 | MANCHA, HECTOR | Owen, Todd C (AC OFO) <TODD.OWEN@CBP.DHS.GOV>; HOWE, RANDY J <RANDY.J.HOWE@cbp.dhs.gov>; WAGNER, JOHN P <JOHN.P.WAGNER@CBP.DHS.GOV> | AUSA Jose Gonzalez TXW | The redaction includes a conversation with the AUSA and a discussion of options regarding family separation. |

**Exhibit B – Plaintiffs' Submission of Representative Attorney-Client Entries**

| BEGDOC# | ENDDOC# | File Ext. | Redacted/ Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0023216 | CD-US-0023217 | msg | REDACTED | Attorney Client Privilege | PARENT | 6/21/2018 | Callahan, Kristy (USATXW) | Randall, Gretchen (USATXW) <grandall@usa.doj.gov> | John Bash USA TXW | Legal direction on charging/prosecution decisions regarding criminal immigration violations; implementation of Zero Tolerance Policy in light of EO ending Family Separation and discussion and deliberation of how it will be implemented in the Western District of Texas |
| CD-US-0129724 | CD-US-0129725 | MSG | REDACTED | Attorney Client Privilege | E-Mail | 6/21/2018 | Loiacono, Adam V | Asher, Nathalie R [Nathalie.R.Asher@ice.dhs.gov];Johnson, Tae D [Tae.D.Johnson@ice.dhs.gov]; Loiacono, Adam V [Adam.V.Loiacono@ice.dhs.gov] | Adam Loiacono ICE Attorney | Emails to and from OPLA counsel re revisions to reunification document |