# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# FURTHER CASE MANAGEMENT MINUTES

| **Date:** 4/18/2023 | **Time:** 1:35pm – 2:11pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 21-cv-04457-KAW | **Case Name:** P.G. v. United States of America | |

**For Plaintiff:** Travis Silva

**For Defendant:** Kenneth Brakebill

**Deputy Clerk:** William F. Tabunut     **Recorded via Zoom:** 1:35pm - 2:11pm

## PROCEEDINGS

Further case management conference held via Zoom. Discussion regarding extending discovery and dispositive motion deadlines. Court agrees with extending of the schedule without continuing the trial dates.

### ADR REFERRAL:

(x)  Case referred to (random) Magistrate Judge for Settlement Conference to be completed by **1/12/2024**, or as soon thereafter as is convenient for the judge.

### PRETRIAL SCHEDULE:

| | |
|---|---|
| Fact Discovery cutoff**:** | **9/8/2023** |
| Expert disclosure: | **9/22/2023** |
| Expert rebuttal: | **10/20/2023** |
| Expert discovery cutoff**:** | **11/10/2023** |
| Summary Judgment Opening Briefs: | **10/24/2023** |
| Summary Judgement Opposition Briefs: | **11/21/2023** |
| Summary Judgement Replies: | **12/19/2023** |
| Dispositive Motions heard by**:** | **1/18/2024** |

A further Case Management Conference is set for **7/25/2023** at 1:30 P.M.  A joint case management statement is due by **7/18/2023.**