1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  KENNETH W. BRAKEBILL (CABN 196696)
   KELSEY J. HELLAND (CABN 298888)
4  Assistant United States Attorneys

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-7167
7  Fax: (415) 436-6748
   kenneth.brakebill@usdoj.gov
8
   Attorneys for Defendant
9
   KEKER, VAN NEST & PETERS LLP             LAWYERS' COMMITTEE FOR CIVIL
10 BROOK DOOLEY (# 230423)                  RIGHTS OF THE SAN FRANCISCO BAY AREA
   TRAVIS SILVA (# 295856)                  BREE BERNWANGER - # 331731
11 CHRISTOPHER S. SUN (# 308945)            131 Steuart Street #400
   CHRISTINA LEE (# 314339)                 San Francisco, CA 94105
12 JACQUELINE CONCILLA (# 335733)           Telephone: 415-814-7631
13 633 Battery Street
   San Francisco, CA 94111-1809
14 Telephone: 415-391-5400
   Facsimile: 415-397-7188
15
16 Attorneys for Plaintiffs WILBUR P. G.;
   WILFREDO BALTAZAR P. E., a minor child;
17 ERENDIRA C. M.; YASMIN ALICIA M. C., a
   minor child; JOSHUA G. G.; and KARL LUIS
18 G. G., minor child

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G., et al., | CASE NO. 4:21-cv-4457-KAW |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DIRECT RE-REFERRAL OF SETTLEMENT CONFERENCE JUDGE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| | Honorable Kandis A. Westmore |

STIPULATION AND [PROPOSED] ORDER FOR DIRECT RE-REFERRAL OF SETTLEMENT CONFERENCE JUDGE
CASE 4:21-CV-4457-KAW

WHEREAS, on April 18, 2023, the Court referred this action to a Magistrate Judge for a settlement conference to be completed by January 12, 2024 or as soon thereafter as is convenient for the Judge;

WHEREAS, on April 18, 2023, the case was referred to Chief Magistrate Judge Donna Ryu for said settlement conference;

WHEREAS, Defendant reached out to Plaintiffs after this assignment, seeking the agreement that this case be reassigned to a different settlement judge given that Chief Magistrate Judge Ryu is the assigned trial judge on another case pending in this district against Defendant with similar factual issues and legal claims, *Eduardo I.T. v. United States*, Case No. 4:22-cv-05333-DMR, a request that Plaintiffs do not oppose;

WHEREAS, the parties have identified a joint willingness to request a direct re-referral to Magistrate Judge Beeler for a settlement conference, if the Court is inclined to issue a direct referral in this case,

Subject to the Court's approval, the parties stipulate as follows:

The Court shall direct re-referral of this matter for a settlement conference to Magistrate Judge Beeler.

**IT IS SO STIPULATED.**

Dated: April 28, 2023                                  Respectfully submitted,

                                                       ISMAIL J. RAMSEY
                                                       United States Attorney

                                                       */s/ Kenneth Brakebill*[1]

                                                       KENNETH W. BRAKEBILL
                                                       KELSEY J. HELLAND
                                                       Assistant United States Attorneys
                                                       Attorneys for Defendant

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER FOR DIRECT RE-REFERRAL OF SETTLEMENT CONFERENCE JUDGE
CASE 4:21-CV-4457-KAW

| | |
|---|---|
| 1    Dated: April 28, 2023 | KEKER, VAN NEST & PETERS LLP |
| 2 | */s/ Travis Silva* |
| 3 | BROOK DOOLEY |
| | TRAVIS SILVA |
| 4 | CHRISTOPHER S. SUN |
| | CHRISTINA LEE |
| 5 | JACQUELINE CONCILLA |
| 6 | Attorneys for Plaintiffs |
| 7 | |
| | LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
| 8 | OF THE SAN FRANCISCO BAY AREA |
| 9 | */s/ Bree Bernwanger* |
| | BREE BERNWANGER |
| 10 | VICTORIA PETTY |
| 11 | Attorneys for Plaintiffs |

STIPULATION AND [PROPOSED] ORDER FOR DIRECT RE-REFERRAL OF SETTLEMENT CONFERENCE JUDGE
CASE 4:21-CV-4457-KAW

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

This matter shall be re-referred to Magistrate Judge Beeler for a settlement conference to be completed by January 12, 2024 or as soon thereafter as is convenient for the Judge.

DATED: _____

HON. KANDIS A. WESTMORE
United States Magistrate Judge