**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**<u>CASE MANAGEMENT MINUTES</u>**

| **Date:** 7/25/2023 | **Time:** 1:35pm – 2:01pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 21-cv-04457-KAW | **Case Name:** P.G. v. United States of America ||

**For Plaintiff:** Christopher Sun & Travis Silva

**For Defendant:** Kenneth Brakebill & Kelsey Helland

**Deputy Clerk:** William F. Tabunut    **Recorded via Zoom:** 1:35pm - 2:01pm

**PROCEEDINGS**

Further case management conference held via Zoom. Discussion between Court and parties regarding discovery issues. Court encourages the parties to meet and confer in hopes of minimizing judicial intervention. Parties inform the Court that progress has been made as to some of the issues involving redacted transcripts. Discussion between parties and Court as to evaluations Government wants to conduct, parties are encouraged to meet and confer to narrow the issues. Court allows the Government, in the event judicial intervention is required, to include an expert declaration as to the evaluations issue.