| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | ISMAIL J. RAMSEY (CABN 189820) |
| BROOK DOOLEY - # 230423 | United States Attorney |
| bdooley@keker.com | MICHELLE LO (NYRN 4325163) |
| TRAVIS SILVA - # 295856 | Chief, Civil Division |
| tsilva@keker.com | KENNETH W. BRAKEBILL (CABN 196696) |
| CHRISTOPHER S. SUN - # 308945 | KELSEY J. HELLAND (CABN 298888) |
| csun@keker.com | Assistant United States Attorneys |
| CHRISTINA LEE - # 314339 | |
| clee@keker.com | 450 Golden Gate Avenue, Box 36055 |
| JACQUELINE CONCILLA - # 335733 | San Francisco, California 94102-3495 |
| jconcilla@keker.com | Telephone: (415) 436-7167 |
| EVAN H. MCINTYRE - # 349409 | Fax: (415) 436-6748 |
| emcintyre@keker.com | kenneth.brakebill@usdoj.gov |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | Attorneys for Defendant |
| Telephone:     415 391 5400 | |
| Facsimile:      415 397 7188 | |

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
JORDAN WELLS - # 326491
jwells@lccrsf.org
VICTORIA PETTY - #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 543 9444

Attorneys for Plaintiffs

[*Counsel continued on page following the caption*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>           Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**JOINT STIPULATION RE CASE SCHEDULE (CIV. L. R. 6-2)**<br><br>**<u>ORDER AS MODIFIED</u>**<br><br>Judge:      Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: May 6, 2024 |

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
BREE BERNWANGER - #331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

Plaintiffs and Defendant (the "Parties") jointly stipulate as follows:

WHEREAS, the fact discovery cutoff in this case is September 8, 2023 (*see* Dkt. 74);

WHEREAS, the Court's August 7, 2023 Order Re 7/3/2023 Discovery Letters (Dkt. 93) ("Order") compelled Defendant to produce certain documents within 30 days of the Order and also ordered the Parties to confer further regarding two additional document searches for document categories that Defendant has been compelled to produce;

WHEREAS, Defendant's deadline to comply with the Order was in part just before the discovery cutoff and in part after the discovery cutoff;

WHEREAS, the Parties agree that in the interest of efficiency, certain fact depositions should be deferred until after Defendant's compliance with the Order;

WHEREAS, the Parties are conferring about the scheduling of a continued 30(b)(6) deposition of the United States Attorney's Office for the District of Arizona;

WHEREAS, the Parties continue to confer about interpretation needs related to the depositions of certain Plaintiffs, who speak different dialects of an indigenous language, and the availability of translators for those depositions;

WHEREAS, the Parties continue to confer with subpoenaed third-party witnesses with respect to scheduling their depositions;

WHEREAS, both Parties have outstanding responses to previously served discovery requests; and

WHEREAS, the Parties have been engaged in ongoing negotiations regarding Rule 35 examinations of Plaintiffs, have made significant progress, and expect to raise any remaining issues for the Court within the next two weeks;

THE PARTIES STIPULATE, AND ASK THE COURT TO ORDER, AS FOLLOWS:

1. Plaintiffs shall be permitted to complete 30(b)(6) depositions of Customs and Border Protection and the Department of Homeland Security, as well as the percipient depositions of Shawn Jordan, Matthew Albence, and any further depositions allowed under FRCP 30(a)(2)(A)(i) by October 19, 2023. Defendant agrees to offer potential dates for these depositions in good faith. The Parties have already been conferring

about these depositions for several weeks in compliance with Local Civil Rule 30-1.

2. The Parties acknowledge the possibility that Defendant may file a motion to quash the deposition of Mr. Albence, which is noticed to occur in the District of Maryland pursuant to a subpoena issued under FRCP 45. The Parties agree to confer regarding the potential motion to quash after Defendant completes its compliance with the Order on September 28, 2023. The Parties agree that if Defendant files and prevails on its motion to quash, Plaintiffs shall be permitted to notice an alternative deposition within three days of an order resolving the motion to quash, to take place expeditiously and after a good-faith scheduling conference between the Parties. The Parties agree that if Defendant files its motion to quash and does not prevail, Mr. Albence's deposition will occur within any time restrictions set by court order and following a good-faith conference among the Parties and Mr. Albence.

3. By September 29, 2023, Plaintiffs shall complete the continued deposition of the United States Attorney's Office for the District of Arizona.

4. By September 29, 2023, Defendant shall complete the depositions of Plaintiffs, subject to the availability of the interpreters. The Parties have already been conferring about these depositions for several weeks in compliance with Local Civil Rule 30-1.

5. By October 19, 2023, Defendant shall complete the depositions of subpoenaed third-party witnesses.

6. Plaintiffs shall serve supplemental responses to Defendant's Interrogatory Nos. 6, 7 and 8 by September 15, 2023.

7. Defendant shall serve supplemental responses to Plaintiffs' Interrogatories Nos. 11 (if any) and 12 (with regards to its due care exception affirmative defense and its failure to mitigate affirmative defense) by September 15, 2023. Defendant shall serve a supplemental response to Plaintiffs' Interrogatory No. 12 (with regards to its discretionary function exception affirmative defense) by September 22, 2023.

8. Plaintiffs shall produce updated educational records in their possession, custody, or control no later than September 29, 2023.

9. The Parties are continuing to confer about issues relating to subpoenas for Plaintiffs' employment records. The Parties shall continue to confer without any prejudice to either (a) Defendant's ability to serve such subpoenas, or (b) Plaintiffs' ability to seek a protective order regarding such subpoenas, after the September 8 fact discovery deadline. No subpoena for employment records shall be deemed untimely as a result of any delay resulting from the Parties' collaboration.

10. The Parties having agreed to hold a final conference regarding Rule 35 examinations by September 15, any subsequent motion about Defendant's requested Rule 35 examinations of Plaintiffs shall not be deemed untimely as a result of any delay resulting from the Parties' collaboration.

11. With respect to any deadline specified in Paragraphs 1-8 of this Stipulation, the deadline to raise a discovery dispute shall be ~~14~~ **7** days after that deadline.

12. The September 8 fact discovery cutoff and all other deadlines specified in Dkt. 74 otherwise remain in effect, and this Stipulation does not otherwise impact the Parties' obligations to respond to, or right to contest responses to, previously served discovery requests, as provided by the FRCP and the Civil Local Rules.

Dated: September 8, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

By: */s/ Kenneth W. Brakebill*
KENNETH W. BRAKEBILL
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendant

////

////

////

////

Dated: September 8, 2023                                    KEKER, VAN NEST & PETERS LLP

By: */s/ Travis Silva*
BROOK DOOLEY
TRAVIS SILVA
CHRISTOPHER S. SUN
CHRISTINA LEE
JACQUELINE CONCILLA
EVAN H. MCINTYRE

Attorneys for Plaintiffs

Dated: September 8, 2023                                    LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By: */s/ Jordan Wells*
JORDAN WELLS
VICTORIA PETTY

Attorneys for Plaintiffs

Dated: September 8, 2023                                    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Bree Bernwanger*
BREE BERNWANGER

Attorneys for Plaintiffs

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(h) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 8, 2023                     By: */s/ Travis Silva*
                                                  Travis Silva

//

//

//

4
JOINT STIPULATION RE CASE SCHEDULE (CIV. L. R. 6-2)
Case No. 4:21-cv-04457-KAW

2350915

# [PROPOSED] ORDER AS MODIFIED

PURSUANT TO STIPULATION, **the Court GRANTS the stipulation with the following modification to ¶ 11:**

**Consistent with Civil L.R. 37-3, all discovery disputes must be raised within 7 days of the pertinent deadline.**

IT IS SO ORDERED.

Dated:  September 11, 2023

Hon. Kandis A. Westmore