| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | ISMAIL J. RAMSEY (CABN 189820) |
| BROOK DOOLEY - # 230423 | United States Attorney |
| bdooley@keker.com | MICHELLE LO (NYRN 4325163) |
| TRAVIS SILVA - # 295856 | Chief, Civil Division |
| tsilva@keker.com | KENNETH W. BRAKEBILL (CABN 196696) |
| CHRISTOPHER S. SUN - # 308945 | |
| csun@keker.com | KELSEY J. HELLAND (CABN 298888) |
| CHRISTINA LEE - # 314339 | Assistant United States Attorneys |
| clee@keker.com | |
| JACQUELINE CONCILLA - # 335733 | 450 Golden Gate Avenue, Box 36055 |
| jconcilla@keker.com | San Francisco, California 94102-3495 |
| EVAN H. MCINTYRE - # 349409 | Telephone: (415) 436-7167 |
| emcintyre@keker.com | Fax: (415) 436-6748 |
| 633 Battery Street | kelsey.helland@usdoj.gov |
| San Francisco, CA 94111-1809 | kenneth.brakebill@usdoj.gov |
| Telephone:    415 391 5400 | |
| Facsimile:     415 397 7188 | Attorneys for Defendant |

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
JORDAN WELLS - # 326491
jwells@lccrsf.org
VICTORIA PETTY - # 338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415 543 9444

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G., et al., | CASE NO. 4:21-cv-4457-KAW |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCLOSURES** |
| UNITED STATES OF AMERICA, | |
| Defendant. | Honorable Kandis A. Westmore |

WHEREAS, the parties have been engaged in ongoing negotiations regarding Rule 35 examinations of Plaintiffs, have made significant progress, and indicated in its September 8, 2023 Stipulation filed with the Court on September 8, 2022 that they expect to raise any remaining issues for the Court by September 22, 2022 (*see* Dkt. 94, which was entered as a modified order of the Court on September 11, 2023, Dkt 95);

WHEREAS, since the Court's September 11, 2023 Order, the parties have continued to meet and confer in an effort to resolve any disputes for the Rule 35 examinations and have agreed to submit the remaining issues to the Court on September 28, 2023;

WHEREAS, for efficiency the parties have begun the process of meeting and conferring on scheduling of the Rule 35 examinations, which entails coordinating the availability of each Plaintiff, the necessary experts and the required interpreters;

WHEREAS, the operative Case Management Scheduling Order provides for expert disclosures on September 22, 2023, expert rebuttals on October 20, 2023 and expert discovery cutoff on November 10, 2023 (*see* Dkt, 74);

THEREFOR, subject to the Court's approval, the parties stipulate as follows:

1. The parties shall raise for the Court the remaining disputes concerning Rule 35 examinations by September 28, 2023;

2. The parties shall continue the meet and confer process for scheduling of the Rule 35 examinations for each Plaintiff;

3. The current expert deadlines for Expert Disclosure (September 22, 2023), Expert Rebuttal (October 20, 2023) and Expert Discovery Cutoff (November 20, 2023) are taken off calendar and amended per the below.

4. Expert Disclosure shall include initial expert disclosures of all experts of Plaintiffs and Defendant. Any Rule 35 examination shall be completed within thirty (30) days of the Court's order on the parties' September 28, 2023 briefing on the Rule 35 examinations, and the parties shall meet and confer to schedule those examinations as best as possible prior to receiving the Court's order. The contents of any Rule 35 report shall be incorporated into an initial expert disclosure instead of being

presented as a separate report.  Any initial expert disclosure for a Plaintiff shall be completed and exchanged within three (3) weeks of the date of completion of that Plaintiff's Rule 35 examination, except for any neuropsychologist, who shall exchange any initial expert disclosure for a Plaintiff within four (4) weeks of the date of completion of her Rule 35 examination of that Plaintiff.

    5.    Expert Rebuttal will be exchanged within four (4) weeks of the completion of service of all Expert Disclosures.

    6.    Expert Discovery Cutoff will occur four (4) weeks after all Expert Rebuttals have been exchanged.

    7.    The thirty (30) day deadline for Rule 35 examinations in Paragraph 4 may be subject to a limited good-cause time extension for initial disclosures relating to a particular Plaintiff if that Plaintiff's scheduling constraints (which shall include scheduling constraints of the Plaintiff, interpreters or the examining expert) prevent the timely completion of the Rule 35 examination as it relates to said Plaintiff.  In the event of such a good-cause time extension, the duration of which shall be determined by the parties through meet and confer (and if no agreement, upon a joint dispute letter to the Court), the Expert Rebuttal, only as it relates to said Plaintiff, shall be extended by the mutually agreed-upon time determined by the parties (or, if necessary, by the Court upon submission of a joint dispute letter).

    8.    This Stipulation will not affect any other deadline in the Case Management Scheduling Order, the date for the parties' Magistrate Judge Settlement Conference or the trial date.

**IT IS SO STIPULATED.**

Dated: September 22, 2023                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Kenneth Brakebill*[1]

KENNETH W. BRAKEBILL
KELSEY J. HELLAND
Assistant United States Attorneys
Attorneys for Defendant

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

| | |
|---|---|
| Dated: September 22, 2023 | KEKER, VAN NEST & PETERS LLP |
| | */s/ Travis Silva*  |
| | BROOK DOOLEY<br>TRAVIS SILVA<br>CHRISTOPHER S. SUN<br>CHRISTINA LEE<br>JACQUELINE CONCILLA<br>EVAN MCINTYRE<br>Attorneys for Plaintiffs |
| | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| | */s/ Victoria Petty*<br>JORDAN WELLS<br>VICTORIA PETTY |
| | Attorneys for Plaintiffs |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| | */s/ Bree Bernwanger*<br>BREE BERNWANGER |
| | Attorneys for Plaintiffs |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

DATED: _____

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge