UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ETTA JOHNSON,<br><br>             Plaintiff,<br><br>   v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT ARRESTING DEPUTY #1, et al.,<br><br>             Defendants. | Case No. 20-cv-08283-DMR   (KAW)<br><br>**CLERK'S NOTICE SETTING PRE-SETTLEMENT TELEPHONIC SCHEDULING CONFERENCE** |

       This matter has been assigned to Magistrate Judge Kandis Westmore for settlement. Judge Westmore will hold a pre-settlement telephonic scheduling conference on October 6, 2023, at 10:00 A.M. The conference should last approximately one-half hour.  The following information will be needed for the pre-settlement telephonic scheduling conference before Judge Westmore:

**Call in number:**   (877) 873-8018

**Access code:**   5279114

Dated: October 2, 2023

                                              Mark B. Busby
                                              Clerk, United States District Court

                                              By: /s/ William Tabunut
                                              William F. Tabunut, Deputy Clerk to the Honorable Kandis A. Westmore

United States District Court
Northern District of California