UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P.G., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**ORDER REGARDING 9/29/23 JOINT DISCOVERY LETTER RE PLAINTIFFS' IME**<br><br>[Discovery Letter #13]<br><br>Re: Dkt. No. 107 |

On September 29, 2023, the parties filed a joint discovery letter regarding the remaining Rule 35 independent medical examination issues. (Joint Letter, Dkt. No. 107.) At issue is the length of the examinations, and whether they should be audio recorded. (Joint Letter at 1.) Plaintiffs seek to audio record the examinations, because they generally involve minors and/or people with minimal formal education, and they will either be utilizing interpreters or be conducted in a language other than English, resulting in the majority of the exams being nonstandard administration. (*See* Joint Letter at 2-3, 5.)

As in initial matter, this is the thirteenth discovery dispute the parties have raised, which is an exceptional number of disputes to have in a single case.

The Court notes that the last day for the parties to seek court intervention was September 22, 2023, because the Court denied the parties' stipulation to extend the deadline to file this letter. (*See* Dkt. No. 105.) Even if the Court had granted the parties September 22, 2023 stipulation, the last day to file this dispute would have been September 28, 2023. (*See* Dkt. No. 102 at 2.) Accordingly, the dispute is untimely and is subject to termination for that reason alone.

Nonetheless, the Court will order that the IMEs go forward pursuant to Plaintiffs' most recent offer. (*See* Joint Letter at 3.) Specifically, (1) the IMEs will not exceed 12 hours per

plaintiff, which Defendant may divide amongst its psychiatric and neuropsychological experts; and (2) all examinations shall be audio recorded unobtrusively to reduce any interference with the administration and results.

IT IS SO ORDERED.

Dated: October 2, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2