KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
EVAN H. MCINTYRE - # 349409
emcintyre@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
JORDAN WELLS - # 326491
jwells@lccrsf.org
VICTORIA PETTY - # 338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:   415 543 9444

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
kelsey.helland@usdoj.gov
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 4:21-cv-4457-KAW <br><br> **STIPULATION RE DOCKET NO. 103** <br><br><br> Honorable Kandis A. Westmore |

1    WHEREAS, the Court entered an order on September 25, 2023, granting Plaintiffs leave to
2 depose former Attorney General Jefferson Sessions and former DHS Secretary Kirstjen Nielsen (Dkt.
3 103);
4    WHEREAS, the Court ordered the parties to immediately meet and confer regarding the
5 scheduling of their depositions and to submit a stipulation within seven days of the order (*id.*);
6    WHEREAS, the parties have conferred following the Court's order;
7    WHEREAS, counsel for Defendant does not represent either Mr. Sessions or Ms. Nielsen and
8 also is not authorized to accept service of a subpoena for either individual;
9    WHEREAS, Mr. Sessions and Ms. Nielsen are represented by their own counsel, and counsel for
10 Defendant is unable to speak on behalf of either individual, including their availability;
11    WHEREAS, after Defendant provided Plaintiffs with contact information for Ms. Nielsen's
12 attorney on September 28, 2023, Plaintiffs promptly initiated the meet-and-confer process and first made
13 voice-to-voice contact with Ms. Nielsen's attorney today, October 2, 2023;
14    WHEREAS, after Defendant provided Plaintiffs with contact information for Mr. Sessions'
15 attorney today, October 2, 2023, Plaintiffs promptly initiated the meet-and-confer process and are
16 scheduled to hold a telephonic conference with Mr. Sessions' attorney on October 3, 2023;
17    WHEREAS, Plaintiffs believe that if the depositions of Mr. Sessions and Ms. Nielsen are not
18 completed by October 27, 2023, the end of the week that Defendant's summary judgment brief is due,
19 Plaintiffs' ability to oppose summary judgment will be severely prejudiced; and
20    WHEREAS, Defendant believes that the scope and time limitation of the depositions of Mr.
21 Sessions and Ms. Nielsen must be addressed in the context of scheduling, raised the issue in meet and
22 confer, and disagree with Plaintiffs' indication on September 27 that for each witness they may use the
23 maximum seven hours allotted under FRCP 30 to ask questions on any relevant discovery;
24    THEREFOR, subject to the Court's approval, the parties stipulate as follows:
25    1.   Plaintiffs shall continue their efforts to confer with Mr. Sessions's and Ms. Nielsen's
26 attorneys about issues pertaining to the service of a deposition subpoena, the place of compliance, and
27 the date and time of compliance.
28    2.   Plaintiffs and Defendant shall confer in good faith regarding deposition scheduling.

STIPULATION RE DOCKET NO. 103
CASE 4:21-CV-4457-KAW                                1

Defendant agrees that it will use its best efforts to permit these depositions to move forward on or before October 27, 2023, with the understanding that it does not control the availability of Mr. Sessions or Ms. Nielsen or their separate rights as non-parties to pursue their own legal right and remedies. Defendant's availability shall be withheld only under unavoidable circumstances that shall be articulated to Plaintiffs during the ongoing meet and confer process.

3. The parties shall complete their meet and confer concerning time or subject matter limitations of the depositions of Mr. Sessions or Ms. Nielsen no later than October 5, 2023, with any motion for clarification on these issues to be filed three court days thereafter.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 2, 2023 | Respectfully submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | */s/ Kenneth Brakebill*[1] |
| | KENNETH W. BRAKEBILL<br>KELSEY J. HELLAND<br>Assistant United States Attorneys<br>Attorneys for Defendant |
| Dated: October 2, 2023 | KEKER, VAN NEST & PETERS LLP |
| | */s/ Travis Silva* |
| | BROOK DOOLEY<br>TRAVIS SILVA<br>CHRISTOPHER S. SUN<br>CHRISTINA LEE<br>JACQUELINE CONCILLA<br>EVAN MCINTYRE<br>Attorneys for Plaintiffs |

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION RE DOCKET NO. 103
CASE 4:21-CV-4457-KAW                                               2

|   |   |
|---|---|
| 1 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 2 |  |
| 3 | */s/ Victoria Petty*  <br>JORDAN WELLS  <br>VICTORIA PETTY |
| 4 |  |
| 5 | Attorneys for Plaintiffs |
| 6 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| 7 |  |
| 8 | */s/ Bree Bernwanger*  <br>BREE BERNWANGER |
| 9 | Attorneys for Plaintiffs |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____

_____  
HON. KANDIS A. WESTMORE  
United States Magistrate Judge