1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  KENNETH BRAKEBILL (CABN 196696)
   Assistant United States Attorney
4  KELSEY HELLAND (CABN 298888)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7200
7     FAX: (415) 436-6748
      Kenneth.brakebill@usdoj.gov
8     Kelsey.helland@usdoj.gov

9  Attorneys for Defendants

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13
   WILBUR P.G. et al.,                ) CASE NO. 4:21-cv-4457-KAW
14                                    )
         Plaintiffs,                  )
15                                    ) **NOTICE OF *IN CAMERA* LODGING**
     v.                               ) **PURSUANT TO SEPTEMBER 25, 2023 ORDER**
16                                    )
   UNITED STATES OF AMERICA,          )
17                                    )
         Defendant.                   )
18 _____)

Defendant hereby files this Notice of *In Camera* Lodging, pursuant to the Court's request for submission of sixteen documents for *in camera* review in its September 25, 2023 Order regarding the joint discovery letters filed by the parties on September 15, 2023. Dkt. 103. Attached hereto as Exhibit 1 is Defendant's cover letter to the Honorable Kandis A. Westmore enclosing a chambers copy of 1) Defendant's privilege log, and 2) the sixteen documents listed in Exhibit A of the joint letter. All but the documents being submitted for *in camera* review are being filed publicly herewith.

To aid the Court's review, Defendant notes that certain of these sixteen documents were previously presented to and considered by the Arizona court in the context of a dispute over the deliberative process privilege in that matter. *See C.M. v. United States*, No. 19-cv-05217-PHX-SRB, ECF No. 142 (D. Ariz. Feb. 24, 2022) (court's ruling); *see also id.* ECF No. 122-1 (D. Ariz. Jan. 5, 2022) (declaration identifying documents and explaining basis for deliberative process privilege). If it would assist the Court in its *in camera* review, Defendant would promptly submit those filings and orders from the Arizona litigation and/or explain the overlap between those documents and these upon request.

DATED: October 4, 2023                                Respectfully submitted,

                                                           ISMAIL J. RAMSEY
                                                           United States Attorney

                                                           /s/ *Kenneth W. Brakebill*
                                                           KENNETH W. BRAKEBILL
                                                           Assistant United States Attorney

                                                           /s/ *Kelsey J. Helland*
                                                           KELSEY J. HELLAND
                                                           Assistant United States Attorney

# Exhibit 1



*United States Attorney*
*Northern District of California*

*9th Floor, Federal Building*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*
*T: (415)436-7200 F: (415)436-7234*

October 4, 2023

The Honorable Kandis A. Westmore
United States District Court, Northern District of California
Ronald V. Dellums Federal Building & U.S. Courthouse
1301 Clay Street, Suite 400S
Oakland, CA 94612

      Re:    *Wilbur P.G. et al. v. United States of America*
                Case No. 4:21-cv-4457-KAW

To the Honorable Kandis A. Westmore:

At the request of the Court in its September 25, 2023 Order Regarding 9/15/23 Joint Letter Re Depositions and Deliberative Process Privilege (Dkt. No. 103), Defendant hereby makes an *in camera* submission in the above-referenced matter.

There are two enclosures to this letter:

1) The excerpted privilege log containing entries for the sixteen documents being submitted *in camera*.

2) A binder containing the sixteen documents for *in camera* review, separated by tabs with the Bates numbers, and labeled as either "redacted" or "withheld."

For each of the sixteen documents, the binder includes, first, the redacted versions of the documents as they were produced and, second, the unredacted versions of the same documents with the redactions highlighted. The two versions of each document are separated by a blue slipsheet.

//
//

Should the Court require any additional information, please let us know. Thank you.

        Respectfully submitted,
        ISMAIL J. RAMSEY
        United States Attorney

By: */s/ Kenneth Brakebill*

        KENNETH W. BRAKEBILL
        Assistant United States Attorney

By: */s/ Kelsey Helland*

        KELSEY J. HELLAND
        Assistant United States Attorney

| BEGDOC# | ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-00007148A | CD-US-00007148A | docx | REDACTED | Deliberative Process | Attachment | 5/6/2018 | Hamilton, Gene (OAG) | | Danielle Cutrona, OAG; Gene Hamilton, OAG | Draft agenda, background, and talking points for principals discussion on immigration, with a focus on Zero Tolerance Policy. |
| CD-US-00010903A | CD-US-00010904A | docx | REDACTED | Deliberative Process | E-DOC | 5/7/2018 | Hamilton, Gene (OAG) | Gene Hamilton (OAG) | Gene Hamilton (OAG) | Internal Document discussing implementation of zero tolerance policy. |
| CD-US-00010905A | CD-US-00010905A | docx | REDACTED | Deliberative Process | E-DOC | 5/6/2018 | Hamilton, Gene (OAG) | Danielle Cutrona, OAG; Gene Hamilton, OAG; | Danielle Cutrona, OAG; Gene Hamilton, OAG | Draft Attorney General talking points regarding prosecutions and adjudications in immigration context, including ending "catch and release." |
| CD-US-00011416A | CD-US-00011416A | docx | REDACTED | Deliberative Process | Attachment | 5/6/2018 | Hamilton, Gene (OAG) | | Danielle Cutrona, OAG; Gene Hamilton, OAG | Draft Attorney General talking points regarding prosecutions and adjudications in immigration context, including ending "catch and release." |

| BEGDOC# | ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-00011536C | CD-US-00011537C | EML | Redacted | Deliberative Process | E-Mail | 5/9/2018 | Hamilton, Gene (OAG) | Lan, Iris (ODAG) <irlan@jmd.usdoj.gov> | Serra Tsethlikai, EOUSA; Gene Hamilton, OAG; Iris Lan, ODAG | Internal DOJ discussion regarding EOUSA inquiry conveying SWB USAOs regarding implementation of zero tolerance policy and processing family units. |
| CD-US-00011538C | CD-US-00011539C | EML | Redacted | Deliberative Process | E-Mail | 5/9/2018 | Lan, Iris (ODAG) | Hamilton, Gene (OAG) <ghamilton@jmd.usdoj.gov> | Serra Tsethlikai, EOUSA; Gene Hamilton, OAG; Iris Lan, ODAG | Internal DOJ discussion regarding EOUSA inquiry conveying SWB USAOs regarding implementation of zero tolerance policy and processing family units. |
| CD-US-00012806A | CD-US-00012806A | docx | REDACTED | Deliberative Process | Attachment | 5/6/2018 | Hamilton, Gene (OAG) | | Danielle Cutrona, OAG; Gene Hamilton, OAG | Draft Attorney General talking points regarding prosecutions and adjudications in immigration context, including ending "catch and release." |
| CD-US-00017069 | CD-US-00017069 | xlsx | WITHHELD | Deliberative Process | ATTACHMENT | 4/30/2018 | | | | Contains exchange among EOUSA and USAOs on Southwest Border regarding their capacity to prosecute 1325 cases. |

| BEGDOC# | ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-00017101 | CD-US-00017101 | msg | REDACTED | Deliberative Process | ATTACHMENT | 4/24/2018 | Abernathy, Terri (USANM) | Castro, Joe (USMS) <Joe.Castro@usdoj.gov> | Terri Abernathy USANM, Joe Castro USAN | Discussion of inquiry from the Attorney General's office on potential decisions to prosecute 1325 cases, including discussion of family units. |
| CD-US-00017137 | CD-US-00017138 | msg | REDACTED | Deliberative Process | ATTACHMENT | 4/6/2018 | Camacho, Renee (USANM) | IBARBO, MANUEL <MANUEL.IBARBO@cbp.dhs.gov> | Terri Abernathy, Renee Camacho | Email discussion between NM USAO and CBP regarding questions from Attorney General Sessions on 1325 and 1326 prosecutions in the district and response from CBP on the same. |
| CD-US-0195925A | CD-US-0195928A | DOCX | REDACTED | Deliberative Process | Attachment | 5/2/2018 | juliana.totaro@HQ.DHS.GOV | | Joseph Simon, Tracy Short | Redacted portion of document contains a detailed agenda and briefing memo for WH Principals Committee meeting and includes topics that will be deliberated during that meeting. |

| BEGDOC# | ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0195930A | CD-US-0195933A | EML | REDACTED | Deliberative Process | | 5/2/2018 | Baldovich, Patricia | #ERO CHIEFS OF STAFF [EROCHIEFSOFSTAFF@ice.dhs.gov];#HSI CHIEFS OF STAFF [HSICHIEFSOFSTAFF@ice.dhs.gov];Seguin, Debbie [Debbie.Seguin@ice.dhs.gov];Shaw, Sara [Sara.Shaw@ice.dhs.gov];#OPLA CHIEF OF STAFF [OPLACHIEFOFSTAFF@ice.dhs.gov];Jones, Roy [Roy.Jones@ice.dhs.gov]; ICE Exec Sec [ICEExecSec2@ice.dhs.gov];Blank, Thomas [Thomas.Blank@ice.dhs.gov];Simon, Joseph D [Joseph.D.Simon@ice.dhs.gov];Lestino, Leo Marvin M [LeoMarvin.M.Lestino@ice.dhs.gov]; Gonzalez, Gabriel [Gabriel.Gonzalez@ice.dhs.gov];ERO Taskings [ERO-Taskings@ice.dhs.gov];HSI Tasking 2 [HSITasking2@ice.dhs.gov];#ICEPolicyTaskings [ICEPolicyTaskings@ice.dhs.gov];OPLA Tasking [OPLATasking@ice.dhs.gov];#ICE DD STAFF [ICEDDSTAFF@ice.dhs.gov] | Patricia Baldovich | Redacted portion of document contains a detailed agenda for WH Principals Committee meeting and includes topics that will be deliberated during that meeting. |

4

| BEGDOC# | ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0197630 | CD-US-0197632 | EML | REDACTED | Deliberative Process | Parent | 5/10/2018 | Johnson, Tae D | Asher, Nathalie R [Nathalie.R.Asher@ice.dhs.gov];Albence, Matthew [Matthew.Albence@ice.dhs.gov] | | Redacted portion of the email contains discussion of topics from an immigration principals committee meeting. Document shows proposals for potential policy changes that were discussed during the PCC and comments from meeting attendees regarding the same. |

| BEGDOC# | ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0197652A | CD-US-0197656A | MSG | REDACTED | Deliberative Process | | 5/2/2018 | Jackson, Frances M. | Baldovich, Patricia [Patricia.Baldovich@ice.dhs.gov];#ERO CHIEFS OF STAFF [EROCHIEFSOFSTAFF@ice.dhs.gov]; ICE Exec Sec [ICEExecSec2@ice.dhs.gov];Blank, Thomas [Thomas.Blank@ice.dhs.gov];Simon, Joseph D [Joseph.D.Simon@ice.dhs.gov];Lestino, Leo Marvin M [LeoMarvin.M.Lestino@ice.dhs.gov]; Gonzalez, Gabriel [Gabriel.Gonzalez@ice.dhs.gov];ERO Taskings [ERO-Taskings@ice.dhs.gov];#ICE DD STAFF [ICEDDSTAFF@ice.dhs.gov];Albence, Matthew [Matthew.Albence@ice.dhs.gov];Asher, Nathalie R [Nathalie.R.Asher@ice.dhs.gov] | | Draft substantive agenda for White House immigration principals committee meeting. Document includes detailed discussion of topics to be covered at the meeting including policy changes to be decided upon by the meeting attendees. |
| CD-US-0197657AT | CD-US-0197660AT | DOCX | REDACTED | Deliberative Process | Attachment | 5/2/2018 | juliana.totaro@HQ.DHS.GOV | | | Draft agenda for White House immigration principals committee meeting including substantive discussion of potential policy changes which will be discussed during the meeting. |

| BEGDOC# | ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Attorney/Staff Name | Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0197666AT | CD-US-0197669AT | DOCX | REDACTED | Deliberative Process | Attachment | 5/2/2018 | juliana.totaro@HQ.DHS.GOV | | | Draft substantive agenda for White House immigration principals committee meeting. Document includes detailed discussion of topics to be covered at the meeting including policy changes to be decided upon by the meeting attendees. |