| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BROOK DOOLEY - # 230423<br>bdooley@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>JACQUELINE CONCILLA - # 335733<br>jconcilla@keker.com<br>EVAN H. MCINTYRE - # 349409<br>emcintyre@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>JORDAN WELLS - # 326491<br>jwells@lccrsf.org<br>VICTORIA PETTY - # 338689<br>vpetty@lccrsf.org<br>131 Steuart Street #400<br>San Francisco, CA 94105<br>Telephone:     415 543 9444<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>OF NORTHERN CALIFORNIA<br>BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br><br>Attorneys for Plaintiffs | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>KENNETH W. BRAKEBILL (CABN 196696)<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorneys<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7167<br>Fax: (415) 436-6748<br>kelsey.helland@usdoj.gov<br>kenneth.brakebill@usdoj.gov<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>                Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**STIPULATION REGARDING SCHEDULING**<br><br>Judge:      Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: May 6, 2024 |

The Parties, having been ordered to meet and confer about amending the case schedule, have so conferred and stipulate to amend the case schedule in the manner identified by the Court in its Order of October 3, 2023, understanding that "[i]f the depositions are unable to go forward prior to the deadline, the parties shall seek relief at that juncture." *See* Dkt. 114 at 1-2.

**IT IS SO STIPULATED.**

Dated: October 5, 2023                                                  KEKER, VAN NEST & PETERS LLP

                                                                        By:  */s/ Travis Silva*
                                                                             BROOK DOOLEY
                                                                             TRAVIS SILVA
                                                                             CHRISTOPHER S. SUN
                                                                             CHRISTINA LEE
                                                                             JACQUELINE CONCILLA
                                                                             EVAN H. MCINTYRE

                                                                             Attorneys for Plaintiffs

Dated: October 5, 2023                                                  LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

                                                                        By:  */s/ Jordan Wells*
                                                                             JORDAN WELLS
                                                                             VICTORIA PETTY

                                                                             Attorneys for Plaintiffs

Dated: October 5, 2023                                                  AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

                                                                        By:  */s/ Bree Bernwanger*
                                                                             BREE BERNWANGER

                                                                             Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: October 5, 2023 | By: | ISMAIL J. RAMSEY<br>United States Attorney<br><br>*/s/ Kenneth W. Brakebill*<br>KENNETH W. BRAKEBILL<br>KELSEY J. HELLAND<br>Assistant United States Attorneys<br>Attorneys for Defendant |

## ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Travis Silva, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

# ORDER

Pursuant to stipulation, IT IS ORDERED that the case schedule shall be amended as follows:

| Event | Date |
|---|---|
| Deadline to complete all fact depositions | November 7, 2023 |
| Summary judgment opening briefs | November 14, 2023 |
| Summary judgment opposition briefs | December 8, 2023 |
| Deadline for expert disclosures from Defendant's neuropsychologist(s) (if any) | December 1, 2023 |
| Deadline for all other expert disclosures | December 15, 2023 |
| Summary judgment replies | December 29, 2023 |
| Dispositive motions heard on | January 18, 2024 |
| Settlement Conference | January 30, 2024 |
| Deadline for rebuttal expert reports | February 2, 2024 |
| Close of expert discovery | March 1, 2024 |
| Deadline for pre-trial meet and confer | March 15, 2024 |
| Pre-trial filings due | March 25, 2024 |
| Pre-trial conference | April 24, 2024 |
| First day of trial | May 6, 2024 |

If the depositions are unable to go forward prior to the November 7, 2023 deadline, the parties shall seek relief at that juncture. *See* Dkt. 114 at 1-2.

**SO ORDERED.**

DATED: October 6, 2023

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge