UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P.G., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING REGARDING DELIBERATIVE PROCESS PRIVILEGE**<br><br>Re: Dkt. Nos. 98, 103 |

On October 4, 2023, the Government lodged 16 documents for an in-camera review pursuant to the September 25, 2023 court order. (Dkt. No. 115.)

Then-Attorney General Jefferson Sessions issued the Zero Tolerance Policy memorandum on April 6, 2018, and all but one of the withheld documents was dated later. (Privilege Log, Dkt. No. 115, Ex. 1.)[1] Upon further review, the parties' September 15, 2023 joint letter did not provide sufficient briefing or address all relevant legal authority, so the Court is ordering supplemental briefing as follows:

On or before **October 23, 2023**, Defendant shall file a supplemental brief, not to exceed 15 pages,[2] addressing how these later-created documents are both deliberative and predecisional in light of the contents of the April 6, 2018 memo. Defendant's discussion of relevant legal authority shall include *Karnoski v. Trump*, 926 F.3d 1180 (9th Cir. 2019) and *United States Fish & Wildlife Serv. v. Sierra Club, Inc.*, 141 S. Ct. 777, 209 L. Ed. 2d 78 (2021). Defendant shall also address

---

[1] The Court does not necessarily agree with the court order in the Arizona case finding that some documents created after the issuance of the Zero Tolerance Policy memorandum were properly withheld pursuant to the deliberative process privilege. *See* Order at 5-10, *C.M. v. United States,* 19-cv-05217-PHX-SRB (D. Ariz, Feb. 24, 2022), ECF No. 142.

[2] The Court is allowing a maximum of 15 pages to ensure that the parties can provide a thorough analysis, but also appreciates brevity.

the balancing test set forth in *FTC v. Warner Communications Inc.,* 742 F.2d 1156 (9th Cir. 1984).

By **October 30, 2023**, Plaintiffs shall file a response, also not to exceed 15 pages. There will be no reply. There will also be no oral argument unless the Court deems it necessary, so all arguments must be addressed in the moving papers.

IT IS SO ORDERED.

Dated: October 18, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge