UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P.G., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 4:21-cv-04457-KAW <br><br> **ORDER REGARDING 10/24/23 JOINT LETTER RE: SUPPLEMENTAL SEARCHES** <br><br> [Discovery Letter #14] <br><br> Re: Dkt. No. 129 |

On October 24, 2023, the parties filed a joint letter regarding "[w]hether Defendant must conduct supplemental searches for certain documents following the depositions of Cameron Quinn, former Officer for Civil Rights and Civil Liberties in the Department of Homeland Security (DHS), and Sean Lokey, Rule 30(b)(6) designee for the United States Attorney's Office for the District of Arizona (USAO-AZ)." (Joint Letter, Dkt. No. 129 at 2.)

Plaintiffs request that Defendant "search for and produce relevant notes, agendas, and talking points for Ms. Quinn's meetings with Mr. McAleenan or Mr. Homan from September 2017 through June 2018 (inclusive) and for the USAO daily charts, prepared between April and June 2018 (inclusive) reflecting daily prosecution referrals and 'declinations.'" (Joint Letter at 4.)

Plaintiffs' request to compel is GRANTED. Defendant shall conduct the search and produce the responsive documents within 14 days of this order.

IT IS SO ORDERED.

Dated: October 25, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge