**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILBUR P.G. et al., | Case No. 4:21-cv-04457-KAW |
| Plaintiffs, | **DECLARATION OF VICTORIA PETTY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| J.C.O.C. et al., | Case No. 3:23-cv-05268-LB |
| Plaintiffs, | **DECLARATION OF VICTORIA PETTY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

I, Victoria Petty, declare as follows:

1.    I am over the age of 18, have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently and completely thereto.

2.    I am an active member of the California State Bar and this Court, and I am an Immigrant Justice Fellow at Lawyers' Committee for Civil Rights of the San Francisco Bay Area.  I, along with my colleague Jordan Wells and co-counsel at Kirkland & Ellis LLP, am counsel of record for Plaintiffs J.C.O.C. and M.M.O.S., a minor child, in *J.C.O.C. v. United States*, Case No. 3:23-cv-05268-LB ("*J.C.O.C.*").

3.    Mr. Wells and I are also counsel of record for Plaintiffs in *P.G. v. United States*, Case No. 4:21-cv-04457-KAW ("*P.G.*"), and Plaintiffs in *I.T. v. United States*, Case No. 4:22-cv-05333-DMR ("*I.T.*").  Both *P.G.* and *I.T.*, as well as *J.C.O.C.*, are Family Separation Policy cases brought by respective plaintiffs under the Federal Tort Claims Act.

4.    I submit this declaration pursuant to Civil L.R. 7-11(a) and in support of the Administrative Motion to Consider Whether Cases Should Be Related.

5.    Both *P.G.* and *I.T.* have been referred to Judge Laurel Beeler to conduct settlement conferences.  *P.G.*, ECF 81; *I.T.*, ECF 57.  The settlement conference for *P.G.* is rapidly approaching and will occur on Tuesday, January 30, 2024 at 10:00 A.M.  *P.G.*, ECF 81.  If Judge Beeler were to preside over the *J.C.O.C.* case, it is my understanding that her Honor's status as the settlement judge in *P.G.* and *I.T.* could be disturbed.

6.    On information and belief, the following Family Separation Policy cases are currently assigned to Magistrate Judge Kandis A. Westmore:

- *P.G. v. United States*, Case No. 4:21-cv-04457;
- *J.R.G. v. United States*, Case No. 4:22-cv-05183; and
- *R.L.L. v. United States*, Case No. 4:23-cv-04792.

Plaintiffs in *P.G.* were apprehended, detained, and separated while in the custody of U.S. Customs and Border Patrol ("CBP").  Plaintiffs in *J.R.G.* suffered similar events.  On information and belief, plaintiffs in *R.L.L.* also experienced similar events.  These sets of plaintiff parents were then transferred into the custody of U.S. Immigration and Customs

Enforcement ("ICE") while their children were shipped off to Office of Refugee Resettlement ("ORR") contract facilities.  In *P.G.* and *J.R.G.*, Judge Westmore has already issued orders on the U.S. government's motions to dismiss or, in the alternative, to transfer venue to the jurisdiction of separation.  *P.G.*, ECF 44; *I.T.*, ECF 30.

7.    CBP agents similarly apprehended, detained, and separated Plaintiffs J.C.O.C. and M.M.O.S., then transferred J.C.O.C. into ICE custody and M.M.O.S. into ORR custody.

8.    Plaintiffs J.C.O.C. and M.M.O.S. have not obtained a stipulation regarding the relation of *J.C.O.C.* to *P.G.* under Civil L.R. 7-12 in this case because Defendant has not yet filed an appearance in *J.C.O.C. v. United States*, Case No. 3:23-cv-05268-LB.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2023                    /s/  Victoria Petty

                                           Victoria Petty

Pursuant to Civil L.R. 5-1(i)(3), the undersigned attests that each of the other signatories have concurred in the filing of this declaration.

Dated: October 25, 2023                    /s/  Yan-Xin Li

                                           Yan-Xin Li