# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G. et al., | Case No. 4:21-cv-04457-KAW |
| Plaintiffs, | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| J.C.O.C. et al., | Case No. 3:23-cv-05268-LB |
| Plaintiffs, | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Having read and considered the Administrative Motion to Consider Whether Cases Should Be Related ("Motion") and the pleadings on file, and good cause appearing therefore, the Court ORDERS the Clerk to relate the later-filed case *J.C.O.C. v. United States* (Case No. 3:23-cv-05268-LB) to *P.G. v. United States* (Case No. 4:21-cv-04457-KAW), and further ORDERS that the later filed case *J.C.O.C. v. United States* (Case No. 3:23-cv-05268-LB) shall be reassigned to the undersigned Judge pursuant to Civil L.R. 3-12(f).

**IT IS SO ORDERED.**

Dated: _____    _____

KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER RE ADMINISTRATIVE MOTION RE RELATED CASES

CASE NOS. 4:21-CV-04457-KAW AND 3:23-CV-05268-LB