| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BROOK DOOLEY - # 230423<br>bdooley@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>JACQUELINE CONCILLA - # 335733<br>jconcilla@keker.com<br>EVAN H. MCINTYRE - # 349409<br>emcintyre@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>KENNETH W. BRAKEBILL (CABN 196696)<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorneys<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7167<br>Fax: (415) 436-6748<br>kenneth.brakebill@usdoj.gov<br><br>Attorneys for Defendant |

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
JORDAN WELLS - # 326491
jwells@lccrsf.org
VICTORIA PETTY - #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:   415 543 9444

Attorneys for Plaintiffs

[*Counsel continued on page following the caption*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**STIPULATION & ORDER RE 30(B)(6) DEPOSITION OF U.S. CUSTOMS AND BORDER PROTECTION**<br><br>Judge:　　Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: May 6, 2024 |

1  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
2  CALIFORNIA
   BREE BERNWANGER - #331731
3  bbernwanger@aclunc.org
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 621-2493
5  Facsimile: (415) 255-8437

6  Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER RE CBP 30(B)(6) DEPOSITION
Case No. 4:21-cv-04457-KAW

Plaintiffs and Defendant (the "Parties") jointly stipulate as follows:

WHEREAS, Plaintiffs served Defendant with a notice of deposition of U.S. Customs and Border Protection ("CBP") under Federal Rule of Civil Procedure 30(b)(6) on July 18, 2023;

WHEREAS, on October 6, 2023, the Court set an amended case schedule with a deadline to complete fact depositions by November 7, 2023, and provided that "[i]f the depositions are unable to go forward prior to the November 7, 2023 deadline, the parties shall seek relief at that juncture," Dkt. 119 at 3;

WHEREAS, Defendant served Plaintiffs with objections to the notice of deposition of CBP under Federal Rule of Civil Procedure 30(b)(6) on September 27, 2023;

WHEREAS, the Parties thereafter met and conferred on the scope of the topics to be addressed at this deposition;

WHEREAS, the Parties had scheduled the CBP 30(b)(6) deposition for November 6, 2023, *see, e.g.*, Dkt. 118 at 3; Dkt. 120 at 1;

WHEREAS, on November 3, 2023, the CBP 30(b)(6) witness tested positive for a COVID infection, and, pursuant to Centers for Disease Control and Prevention guidelines, the witness plans to remain in isolation until at least November 9, subject to any changes to the witness's health;

WHEREAS, the Parties have conferred regarding new dates for this deposition, and believe that, if the witness's health allows, the Parties will be able to complete the deposition by November 17, 2023, and have agreed to reschedule the deposition for November 15, 2023;

NOW, THEREFORE, the Parties respectfully request that the Court enter an order allowing the CBP 30(b)(6) deposition to proceed by no later than November 17, 2023, subject to the witness's health.  If the witness remains unable to sit for the deposition by November 17, 2023, the Parties will confer further regarding the date and identity of the witness for this deposition.

|  |  |
|---|---|
| Dated: November 6, 2023 | Respectfully submitted,<br><br>ISMAIL J. RAMSEY<br>United States Attorney<br><br>By: */s/ Kelsey J. Helland*<br>KENNETH W. BRAKEBILL<br>KELSEY J. HELLAND<br>Assistant United States Attorney<br><br>Attorneys for Defendant |
| Dated: November 6, 2023 | KEKER, VAN NEST & PETERS LLP<br><br>By: */s/ Christopher S. Sun*<br>BROOK DOOLEY<br>TRAVIS SILVA<br>CHRISTOPHER S. SUN<br>CHRISTINA LEE<br>JACQUELINE CONCILLA<br>EVAN H. MCINTYRE<br><br>Attorneys for Plaintiffs |

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 6, 2023                                                                 By: */s/ Kelsey J. Helland*

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The CBP 30(b)(6) deposition shall proceed by no later than November 17, 2023, subject to the witness's health. If the witness remains unable to sit for the deposition by November 17, 2023, the Parties shall confer further regarding the date and identity of the witness for this deposition.

Dated: 11/7/2023

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE