| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BROOK DOOLEY - # 230423<br>bdooley@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>JACQUELINE CONCILLA - # 335733<br>jconcilla@keker.com<br>EVAN H. MCINTYRE - # 349409<br>emcintyre@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>KENNETH W. BRAKEBILL (CABN 196696)<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorneys<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7167<br>Fax: (415) 436-6748<br>kenneth.brakebill@usdoj.gov<br><br>Attorneys for Defendant |

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
JORDAN WELLS - # 326491
jwells@lccrsf.org
VICTORIA PETTY - #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 543 9444

Attorneys for Plaintiffs

[*Counsel continued on page following the caption*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**JOINT STIPULATION & ORDER RE DEPOSITION OF PLAINTIFF JOSHUA G.G.**<br><br>Judge:        Hon. Kandis A. Westmore<br><br>Date Filed:  June 10, 2021<br><br>Trial Date:  May 6, 2024 |

1  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
2  CALIFORNIA
   BREE BERNWANGER - #331731
3  bbernwanger@aclunc.org
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 621-2493
5  Facsimile: (415) 255-8437

6  Attorneys for Plaintiffs

Plaintiffs and Defendant (the "Parties") jointly stipulate as follows:

WHEREAS, on August 11, 2023, Defendant began the meet and confer process to take the depositions of the adult Plaintiffs (including Joshua G.G.) in this case, soliciting their availability on September 6, 7 and 8;

WHEREAS, in the ensuing weeks through October 18, 2023, the parties engaged in multiple translation checks with different Mam speakers;

WHEREAS, the Parties have since coordinated the schedules of Plaintiff Joshua G. G.'s counsel, the translator the Government has procured for his deposition and the translator that Plaintiffs have procured for his deposition, and have determined that November 8 and 9 are the earliest dates when this deposition could move forward;

WHEREAS, on October 6, 2023, the Court set an amended case schedule with a deadline to complete fact depositions by November 7, 2023, and provided that "[i]f the depositions are unable to go forward prior to the November 7, 2023 deadline, the parties shall seek relief at that juncture," Dkt. 119 at 3;

NOW, THEREFORE, the Parties respectfully request that the Court enter an order allowing the deposition of Plaintiff Joshua G.G. to proceed on November 8 and 9, 2023.

Respectfully submitted,

Dated:                                    ISMAIL J. RAMSEY
United States Attorney

By:   */s/ Kenneth Brakebill*
KENNETH W. BRAKEBILL
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendant

Dated:                                    KEKER, VAN NEST & PETERS LLP

By:   */s/ Travis Silva*

|   |   |
|---|---|
|   | BROOK DOOLEY<br>TRAVIS SILVA<br>CHRISTOPHER S. SUN<br>CHRISTINA LEE<br>JACQUELINE CONCILLA<br>EVAN H. MCINTYRE |
|   | Attorneys for Plaintiffs |
| Dated: | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| By: | */s/ Jordan Wells*<br>JORDAN WELLS<br>VICTORIA PETTY |
|   | Attorneys for Plaintiffs |
| Dated: | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| By: | */s/ Bree Bernwanger*<br>BREE BERNWANGER |
|   | Attorneys for Plaintiffs |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:                                                                 By: */s/ Kenneth Brakebill*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deposition of Plaintiff Joshua G.G. shall proceed on November 8 and 9, 2023.

Dated: 11/7/2023

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE