| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BROOK DOOLEY - # 230423<br>bdooley@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>JACQUELINE CONCILLA - # 335733<br>jconcilla@keker.com<br>EVAN H. MCINTYRE - # 349409<br>emcintyre@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>KENNETH W. BRAKEBILL (CABN 196696)<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorneys<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7167<br>Fax: (415) 436-6748<br>kelsey.helland@usdoj.gov<br>kenneth.brakebill@usdoj.gov<br>Attorneys for Defendant |

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
JORDAN WELLS - # 326491
jwells@lccrsf.org
VICTORIA PETTY - # 338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:   415 543 9444

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILBUR P.G., *et al.*,<br>  Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>  Defendant. | Case No.   4:21-cv-4457-KAW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** |

The parties jointly filed an administrative motion to seal Exhibits 1 to 38 to Defendant's Motion to Retain Confidentiality.

Pursuant to Civil Local Rule 79-5, the following documents should be sealed in their entirety pending resolution of the Motion to Retain Confidentiality:

| Exhibit to Motion to Retain Confidentiality | Document | Portion to Be Provisionally Sealed Pending Decision on Motion to Retain Confidentiality |
|---|---|---|
| 1 | Deposition Exhibit 1204 (CBP 30(b)(6)) | Entire document |
| 2 | Deposition Exhibit 1205 (CBP 30(b)(6)) | Entire document |
| 3 | Deposition Exhibit 1214 (CBP 30(b)(6)) | Entire document |
| 4 | Deposition Exhibit 1233 (CBP 30(b)(6)) | Entire document |
| 5 | Deposition Exhibit 388 (DHS 30(b)(6)) | Entire document |
| 6 | Deposition Exhibit 1149 (DHS 30(b)(6)) | Entire document |
| 7 | Deposition Exhibit 1152 (DHS 30(b)(6)) | Entire document |
| 8 | Deposition Exhibit 1155 (DHS 30(b)(6)) | Entire document |
| 9 | Deposition Exhibit 1156 (DHS 30(b)(6)) | Entire document |
| 10 | Deposition Exhibit 1164 (DHS 30(b)(6)) | Entire document |
| 11 | Deposition Exhibit 1165 (DHS 30(b)(6)) | Entire document |
| 12 | Deposition Exhibit 1168 (DHS 30(b)(6)) | Entire document |
| 13 | Deposition Exhibit 390 (DHS 30(b)(6)) | Entire document |
| 14 | Deposition Exhibit 394 (DHS 30(b)(6)) | Entire document |
| 15 | Deposition Exhibit 610 (DHS 30(b)(6)) | Entire document |
| 16 | Deposition Exhibit 1107 (DHS 30(b)(6)) | Entire document |
| 17 | Deposition Exhibit 1148 (DHS 30(b)(6)) | Entire document |
| 18 | Deposition Exhibit 1158 (DHS 30(b)(6)) | Entire document |
| 19 | Deposition Exhibit 1166 (DHS 30(b)(6)) | Entire document |
| 20 | Deposition Exhibit 1169 (DHS 30(b)(6)) | Entire document |
| 21 | Deposition Exhibit 1005 (AZ USAO 30(b)(6)) | Entire document |

| | | |
|---|---|---|
| 22 | Deposition Exhibit 1006 (AZ USAO 30(b)(6)) | Entire document |
| 23 | Deposition Exhibit 1007 (AZ USAO 30(b)(6)) | Entire document |
| 24 | Deposition Exhibit 1008 (AZ USAO 30(b)(6)) | Entire document |
| 25 | Deposition Exhibit 1009 (AZ USAO 30(b)(6)) | Entire document |
| 26 | Deposition Exhibit 1012 (AZ USAO 30(b)(6)) | Entire document |
| 27 | Deposition Exhibit 1013 (AZ USAO 30(b)(6)) | Entire document |
| 28 | Deposition Exhibit 1014 (AZ USAO 30(b)(6)) | Entire document |
| 29 | Deposition Exhibit 1015 (AZ USAO 30(b)(6)) | Entire document |
| 30 | Deposition Exhibit 1016 (AZ USAO 30(b)(6)) | Entire document |
| 31 | Deposition Exhibit 1017 (AZ USAO 30(b)(6)) | Entire document |
| 32 | Deposition Exhibit 1018 (AZ USAO 30(b)(6)) | Entire document |
| 33 | Deposition Exhibit 1019 (AZ USAO 30(b)(6)) | Entire document |
| 34 | Deposition Exhibit 1020 (AZ USAO 30(b)(6)) | Entire document |
| 35 | CD-US-0037998 | Entire document |
| 36 | CD-US-0216224 | Entire document |
| 37 | Excerpts of CBP 30(b)(6) Deposition Transcript | Entire document |
| 38 | Excerpts of DHS 30(b)(6) Deposition Transcript | Entire document |

Having considered the papers, and good cause appearing therefore, the Court hereby GRANTS the motion.

Following the resolution of Defendant's Motion to Retain Confidentiality, the parties shall, within 14 days, file an errata to Exhibits 1-38 such that non-confidential portions of these documents are placed on the public docket.

IT IS SO ORDERED.

DATED: January 10, 2024

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge