KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY - # 230423
bdooley@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
EVAN H. MCINTYRE - # 349409
emcintyre@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
JORDAN WELLS - # 326491
jwells@lccrsf.org
VICTORIA PETTY - # 338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 543 9444

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:21-cv-04457-KAW<br><br>[~~PROPOSED~~] ORDER GRANTING <u>IN PART AND DENYING IN PART</u> PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED<br><br><u>AS MODIFIED</u> |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS IN PART AND DENIES IN PART Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed as follows:

| Document | Portions of Document to be Sealed | Party Claiming Confidentiality | Court's Decision |
|---|---|---|---|
| Ex. B to the Declaration of Travis Silva in Support of Plaintiffs' Response to Defendant's Supplemental Brief in Support of Deliberative Process Privilege Assertions ("Silva Decl.") | Entire document | Defendant | GRANTED |
| Ex. D to Silva Decl. | Entire document | Defendant | GRANTED |
| Ex. E to Silva Decl. | Entire document | Defendant | GRANTED |
| Ex. H to Silva Decl. | Entire document | Defendant | GRANTED |
| Ex. I to Silva Decl. | Entire document | Defendant | **DENIED** |
| Ex. J to Silva Decl. | Entire document | Defendant | GRANTED |
| Ex. M to Silva Decl. | Entire document | Defendant | GRANTED |

**Plaintiffs shall file Ex. I on the public docket within 7 days of this order.**

IT IS SO ORDERED.

Dated: January 10, 2024

By: _____
HON. KANDIS A. WESTMORE
UNITED STATED DISTRICT COURT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 4:21-cv-04457-KAW

2396465