| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BROOK DOOLEY #230423<br>bdooley@keker.com<br>TRAVIS SILVA #295856<br>tsilva@keker.com<br>CHRISTOPHER S. SUN #308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>JACQUELINE CONCILLA - # 335733<br>jconcilla@keker.com<br>EVAN H. MCINTYRE - # 349409<br>emcintyre@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188<br><br>Attorneys for Plaintiffs | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>JORDAN WELLS - # 326491<br>jwells@lccrsf.org<br>VICTORIA PETTY - # 338689<br>vpetty@lccrsf.org<br>131 Steuart Street #400<br>San Francisco, CA 94105<br>Telephone:   415 543 9444<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>OF NORTHERN CALIFORNIA<br>BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:      Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: May 6, 2024 |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Protective Order entered by this Court, (Dkt. No. 58), Plaintiffs Wilbur P.G., Wilfredo Baltazar P.E., Erendira C.M., Yasmin Alicia M.C., Joshua G.G., and Karl Luis G.G. ("Plaintiffs"), respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed regarding documents submitted in connection with Plaintiffs' Opposition to Defendant's Motion to Retain Confidentiality.

Plaintiffs file this Motion to Consider Whether Another Party's Material Should Be Sealed with respect to Exhibit A to the Declaration of Christopher Sun submitted herewith, because the United States of America has designated the underlying documents described in Exhibit A as "Confidential" under the terms of the Protective Order in this case. Exhibit A to the Sun Declaration is Plaintiffs' Attachment A to their Opposition to Defendants' Motion to Retain Confidentiality. **Plaintiffs prepared this Attachment to aid the Court's decisional process. Plaintiffs took great pains to describe these documents at a high level of generality such that the document need not be sealed and, in fact, Plaintiffs oppose sealing this document.** However, recognizing the nature of this dispute, Plaintiffs are submitting this Administrative Motion to allow Defendant the opportunity to consider whether it believes that any portions of this chart should be sealed.

| Document | Portions of Document to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Ex. A to the Declaration of Christopher Sun in Support of this motion. This document is Plaintiffs' Attachment A to their Opposition to the Motion to Retain Confidentiality | All | United States |

//

//

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 4:21-cv-04457-KAW

2529016

| | | |
|---|---|---|
| Dated: January 10, 2024 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Travis Silva*<br>BROOK DOOLEY<br>TRAVIS SILVA<br>CHRISTOPHER S. SUN<br>SARAH SALOMON<br>CHRISTINA LEE<br>JACQUELINE CONCILLA<br>EVAN H. MCINTYRE RE |
| | | Attorneys for Plaintiffs |
| Dated: January 10, 2024 | | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| | By: | */s/ Jordan Wells*<br>JORDAN WELLS<br>VICTORIA PETTY |
| | | Attorneys for Plaintiffs |
| Dated: January 10, 2024 | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| | By: | */s/ Bree Bernwanger*<br>BREE BERNWANGER |
| | | Attorneys for Plaintiffs |

**ATTESTATION UNDER CIVIC LOCAL RULE 5-1**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from the above signatory.

Dated: January 10, 2024                         */s/ Travis Silva*
                                                                  TRAVIS SILVA