

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Travis Silva**
(415) 962 8819
tsilva@keker.com

January 31, 2024

The Honorable Kandis Westmore
Northern District of California
1301 Clay Street
Oakland, California 94612

Re:    Wilbur P.G., et al. v. United States of America – Case No. 21-cv-04457-KAW

Dear Judge Westmore:

Plaintiffs have received the Order at Dkt. 178, vacating the February 1 hearing on Defendant's Motion for Miscellaneous Relief (Dkt. 160).  Sara Fitzpatrick, an attorney who has practiced law for fewer than four years, planned to argue the motion for Plaintiffs.  *See* General Standing Order ¶ 24.

Plaintiffs do understand that, even considering this information, the press of business may preclude oral argument on this Motion.  However, if in light of this information the Court is inclined to hear argument on the Motion, whether tomorrow or at another time, Ms. Fitzpatrick would present Plaintiffs' oral argument.

Very truly yours,

KEKER, VAN NEST & PETERS LLP

Travis Silva

TS:ts

2542703