| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BROOK DOOLEY #230423<br>bdooley@keker.com<br>TRAVIS SILVA #295856<br>tsilva@keker.com<br>CHRISTOPHER S. SUN #308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>JACQUELINE CONCILLA - # 335733<br>jconcilla@keker.com<br>EVAN H. MCINTYRE - # 349409<br>emcintyre@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Plaintiffs | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>JORDAN WELLS - # 326491<br>jwells@lccrsf.org<br>VICTORIA PETTY - # 338689<br>vpetty@lccrsf.org<br>131 Steuart Street #400<br>San Francisco, CA 94105<br>Telephone:     415 543 9444<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>OF NORTHERN CALIFORNIA<br>BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>                Plaintiffs,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:      Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: May 6, 2024 |

In connection with their Opposition to Defendant's Motion to Retain Confidentiality, Plaintiffs Wilbur P. G., Wilfredo Baltazar P. E., Erendira C. M. Yasmin Alicia M. C., Joshua G. G., and Karl Luis G. G. prepared a document referred to as "Attachment A." Attachment A describes the documents at issue in the instant confidentiality dispute, but it does so at a high level of generality such that details that Defendant claims are confidential are publicly revealed. Thus, Attachment A does not require sealing regardless of the outcome of the instant dispute. Therefore, Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal is [GRANTED/DENIED]. Plaintiffs are directed to file an unredacted version of Attachment A to the public docket as an errata within 7 days of this order.

| Document | Portions of Document to be Sealed | Party Claiming Confidentiality | Court's Decision |
|---|---|---|---|
| Attachment A | Entire Document | Defendant | |

IT IS SO ORDERED.

Dated: February 5, 2024

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

1

ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 4:21-cv-04457-KAW

2529024