| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BROOK DOOLEY #230423<br>bdooley@keker.com<br>TRAVIS SILVA #295856<br>tsilva@keker.com<br>CHRISTOPHER S. SUN #308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>JACQUELINE CONCILLA - # 335733<br>jconcilla@keker.com<br>SARA FITZPATRICK - #337360<br>sfitzpatrick@keker.com<br>EVAN H. MCINTYRE - # 349409<br>emcintyre@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>Attorneys for Plaintiffs<br><br>*[Additional Counsel on the following page]* | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>KENNETH W. BRAKEBILL (CABN 196696)<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorneys<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7167<br>Fax: (415) 436-6748<br>kenneth.brakebill@usdoj.gov<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>               Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**JOINT STIPULATION REGARDING DEPOSITION DEADLINES AND ORDER**<br><br>Judge:        Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date:  May 6, 2024 |

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN - # 230409
rsheridan@lccrsf.org
JORDAN WELLS - # 326491
jwells@lccrsf.org
VICTORIA PETTY - # 338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 543 9444

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

The parties stipulate as follows.

WHEREAS, the parties collectively designated ten experts in this case;

WHEREAS, in January 2024 the parties began conferring about the availability of each of those expert witnesses for deposition;

WHEREAS, the parties exchanged expert rebuttal reports on February 2, 2024;

WHEREAS, the deadline to complete expert discovery was March 1, 2024;

WHEREAS, in scheduling depositions for the parties' ten collective experts (three of whom the parties agreed could be deposed for up to 10 hours) the parties have worked together to minimize witness and attorney inconvenience and to maximize the number of depositions completed during the expert discovery period;

WHEREAS, one expert deposition had to be postponed because of witness illness;

WHEREAS, the parties have completed four expert depositions, have completed the first day of three more experts, and have scheduled the remaining three expert depositions;

WHEREAS, the Court previously approved a stipulation (*see* ECF Nos. 125 and 126) permitting Plaintiffs to take two Rule 30(b)(6) depositions in February if certain conditions were met;

WHEREAS, Plaintiffs are pursuing one such deposition, the parties have been conferring about that deposition since early February, and the parties have scheduled a date for that deposition to take place;

THEREFORE THE PARTIES STIPULATE AND ASK THE COURT TO ORDER AS FOLLOWS:

1. The deposition of Defendant's expert Dr. Rengifo shall take place on March 5, 2024.
2. The deposition of Plaintiffs' expert Dr. Matto shall take place on March 6, 2024.
3. The Rule 30(b)(6) deposition of DHS/ICE described in ECF No. 125 shall take place on March 12, 2024.
4. The deposition of Plaintiffs' expert Dr. Zhang, which was previously scheduled for March

1, 2024, shall take place on March 13, 2024.[1]

5. The second day of the deposition of Defendant's expert Dr. Binder shall take place on March 18, 2024.

6. The second day of the deposition of Defendant's expert Dr. Kuo shall take place on March 21, 2024.

Dated: March 4, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ Travis Silva*
BROOK DOOLEY
TRAVIS SILVA
CHRISTOPHER S. SUN
CHRISTINA LEE
JACQUELINE CONCILLA
SARA FITZPATRICK
EVAN H. MCINTYRE RE

Attorneys for Plaintiffs

Dated: March 4, 2024

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By: */s/ Rachel Sheridan*
RACHEL SHERIDAN
JORDAN WELLS
VICTORIA PETTY

Attorneys for Plaintiffs

Dated: March 4, 2024

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Bree Bernwanger*
BREE BERNWANGER

Attorneys for Plaintiffs

---

[1] In an effort to maximize the number of depositions that occurred by March 1, the parties rescheduled Dr. Zhang's deposition to March 13 because doing so allowed two different depositions to proceed that day.

Dated:  March 4, 2024

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

By: */s/ Kenneth Brakebill*
KENNETH BRAKEBILL
KELSEY J. HELLAND
Assistant United States Attorneys
Attorneys for Defendant

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  March 4, 2024

By:  */s/ Travis Silva*
Travis Silva

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 6, 2024

_____
HON. KANDIS A. WESTMORE