**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**FURTHER CASE MANAGEMENT MINUTES**

| **Date:** 3/5/2024 | **Time:** 1:36pm – 2:24pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 21-cv-04457-KAW | **Case Name:** P.G. et al. v. United States of America | |

**For Plaintiff:** Travis Silva

**For Defendant:** Kenneth Brakebill

**Deputy Clerk:** William F. Tabunut            **Recorded via Zoom:** 1:36pm – 2:24pm

### PROCEEDINGS

Further case management conference held via Zoom. Court informs the party indication to grant the parties stipulation regarding deposition deadlines (Docket 186). Discussion between Court and Counsel regarding resetting of the trial schedule. Parties are encouraged to meet and confer to address witness issues. Redacted exhibits are to be filed by 3/6/2024. Re-redacted transcripts to be provided by Plaintiff's counsel by 3/11/2024.

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| Bench Trial (15 days 9:00am – 5:00pm) | **7/11/2024-7/31/2024** |
| Joint Statement of Claims and Defenses; Proposed Findings of Fact and Conclusions of Law: | **6/19/2024** |
| Pretrial Conference: | **6/12/2024 at 2:00pm** |
| Objections; Oppositions to Motions in Limine: | **4/26/2024** |
| Joint Pretrial Statement; Motions in Limine: | **4/15/2024** |
| Meet and Confer: | **4/5/2024** |