United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P.G., et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**JOINT STATUS REPORT ORDER RE TRIAL SCHEDULE** |

Oral argument for Secretary Nielsen's petition for writ of mandamus in the related miscellaneous action, *In re Nielsen,* No. 23-mc-80280-KAW, is scheduled for June 5, 2024.  Since that date is well after the pretrial filings are due, the Court ORDERS the parties to file a joint status report by **April 5, 2024**—the current deadline to meet and confer—to address how they would like to proceed.

The parties are advised that the Court is prepared to either continue or vacate the current trial schedule to accommodate the pending appeal.  Should the trial date be vacated, the Court is inclined to set the trial date as soon as practicable following the conclusion of the appellate process.

IT IS SO ORDERED.

Dated: March 29, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge