KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY #230423
bdooley@keker.com
TRAVIS SILVA #295856
tsilva@keker.com
CHRISTOPHER S. SUN #308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
SARA FITZPATRICK - #337360
sfitzpatrick@keker.com
EVAN H. MCINTYRE - # 349409
emcintyre@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiffs

*[Additional Counsel on the following page]*

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
KENNETH W. BRAKEBILL (CABN 196696)
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorneys
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING PRE-TRIAL ORDER RE DEPOSITION DESIGNATIONS**<br><br>Judge:       Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: July 11, 2024 |

1  LAWYERS' COMMITTEE FOR CIVIL
   RIGHTS OF THE SAN FRANCISCO BAY AREA
2  RACHEL SHERIDAN - # 230409
   rsheridan@lccrsf.org
3  JORDAN WELLS - # 326491
   jwells@lccrsf.org
4  VICTORIA PETTY - # 338689
   vpetty@lccrsf.org
5  131 Steuart Street #400
   San Francisco, CA 94105
6  Telephone:     415 543 9444

7  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   OF NORTHERN CALIFORNIA
8  BREE BERNWANGER - # 331731
   bbernwanger@aclunc.org
9  39 Drumm Street
   San Francisco, CA 94111
10 Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
11
   Attorneys for Plaintiffs
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties stipulate, and ask the Court to enter a corresponding order, as follows:

1. The Court's pre-trial order (Dkt. 53), as modified as to timelines (Dkt. 188), requires the parties to submit deposition designations on April 15, 2024, and objections and counter-designations on April 26, 2024.

2. During the pre-trial meet-and-confer, the parties identified that Defendant may subpoena or otherwise procure the attendance of a number of current or former Government employees, experts, the Plaintiffs, and/or third-party witnesses to testify at trial (collectively, the "Potential In-Person Witnesses"), who would otherwise be called to testify at trial via deposition.[1] However, because the trial is currently scheduled to start approximately three months after the submission of pre-trial filings, Defendant cannot confirm with certainty the Potential In-Person Witnesses' individual trial availability at this time, even though it is likely that many of the Potential In-Person Witnesses will be available for trial. This led the parties to identify a potential inefficiency for the parties and the Court: There would be no need for the parties to designate deposition testimony, to make counter-designations, to make objections to designated or counter-designated testimony, to meet and confer regarding any such objections, or to respond to any such objections, nor would there be a need for the Court to rule on such objections, for any Potential In-Person Witnesses who ultimately testify in person.

3. Therefore, the parties stipulate that, if any Potential In-Person Witness becomes unavailable for trial, and if that witness was deposed in either this matter or in the cases of *C.M. v. United States*, No. 2:19-cv-05217-SRB (D. Ariz.), or *A.P.F. v. United States*, No. 2:20-cv-00065-SRB (D. Ariz.), the parties may thereafter designate portions of that witness's deposition transcript(s) for use at trial. To avoid unnecessary filings, to promote judicial efficiency, and to conserve party resources, the parties agree that, solely for the Potential In-Person Witnesses, the

---

[1] For clarity, the Potential In-Person Witnesses, regardless of whether they testified as individual or pursuant to Rule 30(b)(6) on behalf of an entity, are: Mr. Albence, Dr. Brainin-Rodriguez, Mr. Guadian, Ms. Harper, Mr. Hastings, Mr. Homan, Mr. Jordan, Mr. Lokey, Dr. Martinez, Mr. McAleenan, Ms. Pena, Ms. Peralta, Ms. Perez-Escobosa, Mr. Rangel, Ms. Santana, Ms. Story, Mr. Vitiello, Mr. Wolf, any Plaintiff in this matter, and any expert designated in this matter. These witnesses were deposed in either this matter or in the cases of *C.M. v. United States*, No. 2:19-cv-05217-SRB (D. Ariz.), or *A.P.F. v. United States*, No. 2:20-cv-00065-SRB (D. Ariz.).

submission of deposition designations, counter designations, objections to designated deposition testimony, and responses to objections to designated deposition testimony should be deferred until a point closer to trial when witness availability is more certain.  The parties have identified other witnesses who will testify by deposition rather than in-person, and the parties do <u>not</u> propose to defer the current deadline with respect to those witnesses.

4. In the event that the Court enters this stipulated order, the parties agree to meet and confer by May 17, 2024, about the availability of the Potential In-Person Witnesses.  The deadline for either party to submit deposition designations for any Potential In-Person Witnesses, regardless of whether they testified as an individual or pursuant to Rule 30(b)(6), would be May 31, 2024.  Counter-designations and objections would be due by June 14, 2024.  Responses to objections and objections to counter-designations would be due by June 21, 2024.

5. If any Potential In-Person Witness becomes unavailable after the May 17, 2024 meet/confer and before the conclusion of trial, a party may submit deposition designations within 7 Court days of receiving notice of that witness's unavailability.  Counter-designations and objections would be due 7 Court days thereafter.  Responses to objections and counter-designations would be due 5 Court days after submission of counter-designations and objections.

6. No party waives the right to call a witness live at trial by designating the deposition testimony of such witness.  In the event a witness whom the parties have identified will be called via deposition testimony becomes available for trial, the party sponsoring the witness shall give email notice to the adverse party within 48 hours of learning that the witness is available; shall file a Notice of Change of Witness Availability within 3 days; and may call such witness to testify live at trial provided that the Notice of Change of Witness Availability is given 3 days before the witness testifies.

7. The parties enter into this stipulation for efficiency purposes.  This stipulation is a scheduling stipulation.  It is not a waiver of rights or objections.  The parties retain the right to object to deposition testimony for any reason, including any objections pursuant to the Federal Rules of Civil Procedure and Federal Rules of Evidence.

| | | |
|---|---|---|
| Dated: April 11, 2024 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ Travis Silva |
| | | BROOK DOOLEY |
| | | TRAVIS SILVA |
| | | CHRISTOPHER S. SUN |
| | | CHRISTINA LEE |
| | | JACQUELINE CONCILLA |
| | | SARA FITZPATRICK |
| | | EVAN H. MCINTYRE |
| | | Attorneys for Plaintiffs |
| Dated: April 11, 2024 | | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| | By: | /s/ Rachel Sheridan |
| | | RACHEL SHERIDAN |
| | | JORDAN WELLS |
| | | VICTORIA PETTY |
| | | Attorneys for Plaintiffs |
| Dated: April 11, 2024 | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| | By: | /s/ Bree Bernwanger |
| | | BREE BERNWANGER |
| | | Attorneys for Plaintiffs |
| Dated: April 11, 2024 | | ISMAIL J. RAMSEY |
| | | UNITED STATES ATTORNEY |
| | By: | /s/ Kelsey J. Helland |
| | | KENNETH BRAKEBILL |
| | | KELSEY J. HELLAND |
| | | Assistant United States Attorneys |
| | | Attorneys for Defendant |

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 11, 2024

By:   */s/ Travis Silva*
      Travis Silva

## [PROPOSED] ORDER

Good cause appearing therefore, the Court adopts the parties' Joint Stipulation Modifying Pre-Trial Order Re Deposition Designations.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HON. KANDIS A. WESTMORE