UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P.G., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**ORDER CONTINUING TRIAL AND REMAINING CASE DEADLINES**<br><br>Re: Dkt. No. 194 |

Upon review of the parties' joint status report (Dkt. No. 194), the Court continues the trial date and remaining case deadlines as follows:

| | |
|---|---|
| Trial (15 court days) | September 9, 2024 |
| Joint Statement of Claims and Defenses; Proposed Findings of Fact and Conclusions of Law; Joint Statement of Stipulated Facts | September 3, 2024 |
| Pretrial Conference | August 28, 2024 |
| Objections; Oppositions to Motions in Limine | August 2, 2024 |
| Joint Pretrial Statement; Motions in Limine | July 23, 2024 |
| Meet and Confer | July 12, 2024 |

All other provisions set forth in the August 11, 2022 case management and pretrial order (Dkt. No. 53) remain in effect.

IT IS SO ORDERED.

Dated: April 11, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge