KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY #230423
bdooley@keker.com
TRAVIS SILVA #295856
tsilva@keker.com
CHRISTOPHER S. SUN #308945
csun@keker.com
CHRISTINA LEE #314339
clee@keker.com
JACQUELINE CONCILLA #335733
jconcilla@keker.com
SARA FITZPATRICK #337360
sfitzpatrick@keker.com
EVAN H. MCINTYRE #349409
emcintyre@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiffs

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN #230409
rsheridan@lccrsf.org
JORDAN WELLS #326491
jwells@lccrsf.org
VICTORIA PETTY #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 543 9444

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER #331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILBUR P. G.; WILFREDO BALTAZAR P.
E. a minor child; ERENDIRA C. M.;
YASMIN ALICIA M. C. a minor child;
JOSHUA G. G.; and KARL LUIS G. G.
minor child,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 4:21-cv-04457-KAW

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR LEAVE TO
FILE AND FOR LEAVE TO SHORTEN
TIME**

**AS MODIFIED**

1   Plaintiffs move for leave to file a single motion in limine such that it is heard in advance

2   of the pre-trial conference.  The proposed motion in limine was filed concurrently with is attached

3   to Plaintiffs' administrative motion.  In light of the potential relief identified in the motion, there

4   is good cause to advance and Plaintiffs' motion is **GRANTED**.  The early motion in limine (Dkt.

5   No. 199) is deemed filed.  ~~Within two court days, Plaintiffs shall file the motion in limine and~~

6   ~~supporting document to the docket.~~  Defendant shall file its opposition no later than Monday,

7   May 6.  There will be no reply brief.

8   A hearing on the motion *in limine* is set for Thursday, May 16, at 1:30 p.m. via Zoom.

9   Plaintiffs' motion and Defendant's response thereto shall count toward the page limits specified

10  in the Court's pre-trial order.

11  **IT IS SO ORDERED.**

12

13  Dated: April 30, 2024                                    By: _____

14                                                               KANDIS A. WESTMORE
                                                                 United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AND FOR LEAVE TO SHORTEN TIME
Case No. 4:21-cv-04457-KAW

2638643