KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY #230423
bdooley@keker.com
TRAVIS SILVA #295856
tsilva@keker.com
CHRISTOPHER S. SUN #308945
csun@keker.com
CHRISTINA LEE #314339
clee@keker.com
JACQUELINE CONCILLA #335733
jconcilla@keker.com
SARA FITZPATRICK #337360
sfitzpatrick@keker.com
EVAN H. MCINTYRE #349409
emcintyre@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiffs

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN #230409
rsheridan@lccrsf.org
JORDAN WELLS #326491
jwells@lccrsf.org
VICTORIA PETTY #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 543 9444

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER #331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE LATE-DISCLOSED WITNESSES**<br><br>**AS MODIFIED**<br><br>Dkt. No. 199 |

Upon review of the moving papers, the Court finds this matter suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b), and GRANTS IN PART AND DENIES IN PART Plaintiffs' Motion in Limine No. 1 to Exclude Witnesses (Dkt. No. 199). As an initial matter, the Court finds that good cause exists to permit these depositions. Fed. R. Civ. P. 16(b)(4).

As to Mr. Garcia, the witness is excluded from testifying in Defendant's case in chief unless the witness is made available for Plaintiffs to depose no later than June 21, 2024.

As to Ms. Klimenko, the witness is excluded from testifying in Defendant's case in chief unless the witness is made available for Plaintiffs to depose no later than June 21, 2024.

As to Ms. Persuad-Roy, the witness is excluded from testifying in Defendant's case in chief unless the witness is made available for Plaintiffs to depose no later than June 21, 2024.

As to Ms. Strange, the witness is excluded from testifying in Defendant's case in chief unless the witness is made available for Plaintiffs to depose no later than June 21, 2024.

As to Ms. Thomas, the witness is excluded from testifying in Defendant's case in chief unless the witness is made available for Plaintiffs to depose no later than June 21, 2024.

As to Mr. Wisnewski, the witness is excluded from testifying in Defendant's case in chief unless the witness is made available for Plaintiffs to depose no later than June 21, 2024.

As to Mr. Castillo, the witness is excluded from testifying in Defendant's case in chief unless the witness is made available for Plaintiffs to depose no later than June 21, 2024.

As to Mr. de la Cruz, the witness is excluded from testifying in Defendant's case in chief unless the witness is made available for Plaintiffs to depose no later than June 21, 2024.

As to Ms. Sualog, the witness is excluded from testifying in Defendant's case in chief unless the witness is made available for Plaintiffs to depose no later than June 21, 2024.

Notwithstanding, the Court declines to shift the cost of the depositions to Defendant.

**IT IS SO ORDERED.**

Dated: May 13, 2024                         By: _____
                                                 Hon. Kandis A. Westmore