UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P.G., et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**SECOND JOINT STATUS REPORT ORDER** |

On June 5, 2024, the Ninth Circuit held oral argument on Secretary Nielsen's petition for writ of mandamus in the related miscellaneous action, *In re Nielsen*, No. 23-mc-80280-KAW. Currently, the parties' pretrial filings in the instant case are due on July 23, 2024, but, to date, the Ninth Circuit has not issued an opinion on the pending appeal.

Accordingly, on or before **July 15, 2024**, the parties shall file a joint status report addressing: (1) whether the parties are prepared to proceed as scheduled or if they require a continuance given the status of the appeal; (2) the status of settlement discussions and whether the Court may be of further assistance; and (3) any other information of which the Court should be made aware.

IT IS SO ORDERED.

Dated: July 9, 2024

                                                  KANDIS A. WESTMORE<br>
                                                  United States Magistrate Judge