| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | ISMAIL J. RAMSEY (CABN 189820) |
| BROOK DOOLEY #230423 | United States Attorney |
| bdooley@keker.com | MICHELLE LO (NYRN 4325163) |
| TRAVIS SILVA #295856 | Chief, Civil Division |
| tsilva@keker.com | KENNETH W. BRAKEBILL (CABN 196696) |
| CHRISTOPHER S. SUN #308945 | KELSEY J. HELLAND (CABN 298888) |
| csun@keker.com | Assistant United States Attorneys |
| CHRISTINA LEE #314339 | |
| clee@keker.com | 450 Golden Gate Avenue, Box 36055 |
| JACQUELINE CONCILLA #335733 | San Francisco, California 94102-3495 |
| jconcilla@keker.com | Telephone: (415) 436-7167 |
| SARA FITZPATRICK #337360 | Fax: (415) 436-6748 |
| sfitzpatrick@keker.com | kenneth.brakebill@usdoj.gov |
| EVAN H. MCINTYRE #349409 | |
| emcintyre@keker.com | |
| 633 Battery Street | Attorneys for Defendant |
| San Francisco, CA 94111-1809 | |
| Telephone: 415 391 5400 | |
| Facsimile: 415 397 7188 | |

Attorneys for Plaintiffs
*[Additional Counsel on the following page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**JOINT STATUS REPORT RE DKT 214**<br><br>Judge: Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: September 9, 2024 |

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN #230409
rsheridan@lccrsf.org
JORDAN WELLS #326491
jwells@lccrsf.org
VICTORIA PETTY #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415 543 9444
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER #331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

1  Pursuant to the Court's Order (Dkt. 214), the parties hereby submit the following Joint Status Report.

The case has not settled. The parties continue to hold settlement talks, including an in-person discussion today, in parallel with completing their pre-trial tasks regarding tomorrow's deadline. The parties are in touch with the settlement judge, who has facilitated these discussions, and the parties appreciate the Court's assistance in that regard. The parties will continue both the pre-trial work and their settlement dialogue. The parties respectfully do not seek further intervention from the Court at this time but will reach out to the Court, if necessary, as that dialogue continues.

| | | |
|---|---|---|
| Dated: July 22, 2024 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ Travis Silva <br> BROOK DOOLEY <br> TRAVIS SILVA <br> CHRISTOPHER S. SUN <br> CHRISTINA LEE <br> JACQUELINE CONCILLA <br> SARA FITZPATRICK <br> EVAN H. MCINTYRE |
| | | Attorneys for Plaintiffs |
| Dated: July 22, 2024 | | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| | By: | /s/ Rachel Sheridan <br> RACHEL SHERIDAN <br> JORDAN WELLS <br> VICTORIA PETTY |
| | | Attorneys for Plaintiffs |
| Dated: July 22, 2024 | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| | By: | /s/ Bree Bernwanger <br> BREE BERNWANGER |
| | | Attorneys for Plaintiffs |
| Dated: July 22, 2024 | | UNITED STATES ATTORNEY <br> ISMAIL J. RAMSEY |
| | By: | /s/ Kenneth W. Brakebill <br> KENNETH W. BRAKEBILL <br> KELSEY J. HELLAND <br> Assistant United States Attorneys |
| | | Attorneys for Plaintiffs |