KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY #230423
bdooley@keker.com
TRAVIS SILVA #295856
tsilva@keker.com
CHRISTOPHER S. SUN #308945
csun@keker.com
CHRISTINA LEE #314339
clee@keker.com
JACQUELINE CONCILLA #335733
jconcilla@keker.com
SARA FITZPATRICK #337360
sfitzpatrick@keker.com
EVAN H. MCINTYRE #349409
emcintyre@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiffs

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN #230409
rsheridan@lccrsf.org
JORDAN WELLS #326491
jwells@lccrsf.org
VICTORIA PETTY #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:     415 543 9444

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER #331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**PLAINTIFFS' TRIAL WITNESS LIST**<br><br>Judge:        Hon. Kandis A. Westmore<br><br>Date Filed:  June 10, 2021<br><br>Trial Date:   September 9, 2024 |

| Witness | Subject | Format of Testimony |
|---|---|---|
| Albence, Matthew | 2017 and 2018 policy proposals relating to separating immigrant families and ICE implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Live[1] |
| Bash, John F. III | DOJ policymakers' intent in proposing and adopting changes to DOJ's policy/practice regarding prosecuting immigrant family unit adults in April 2018 and US Attorneys' understanding of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Deposition |
| C.M., E. | Facts and circumstances of ECM's separation from her daughter, YAMC, including, but not limited to, ECM's and YAMC's medical and mental health conditions before and after the separation. | Live |
| Comella, Joseph | CBP implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Request Live[2] |
| Customs and Border Protection (Rule 30(b)(6) witness Benjamine Carry Huffman) | CBP policymakers' intent in proposing and adopting new DHS policies and practices relating to separating immigrant families, and CBP implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Deposition |
| Department of Homeland Security (Rule 30(b)(6) deponent Dawnisha Helland) | 2017 and 2018 policy proposals relating to separating immigrant families and ICE implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Deposition |
| Department of Homeland Security (Rule 30(b)(6) deponent James McCament) | 2017 and 2018 policy proposals relating to separating immigrant families. | Deposition |
| Dougherty, Michael | 2017 and 2018 DHS policy proposals relating to separating immigrant families. | Request Live |
| Fortuna, Lisa | Expert opining on the likely long-term consequences of forced family separations and the validity of neuropsychological | Live |

---

[1] Defendant has indicated that it will bring to trial the Government witnesses identified as providing live testimony.

[2] Plaintiffs have requested that the Government bring witnesses that the Government controls, whether through an employment or contractual relationship, including former Government officials who the Government has represented at depositions and on whose behalf the Government speaks. This is in line with the Court's Order that "Testimony by deposition designation should be a rare occurrence. The parties are directed to determine which witnesses are essential to their case and ensure their availability for trial." Dkt. 196. Absent the Government bringing these witnesses to testify live at trial, testimony from these witnesses will be presented by deposition. Plaintiffs will continue to confer with Defendant about this issue.

| | | |
|---|---|---|
| | measures on immigrant populations. | |
| G.G., J. | Facts and circumstances of JGG's separation from his son, KLGG, including, but not limited to, JGG's and KLGG's medical and mental health conditions before and after the separation. | Live |
| Guadian, Robert | ICE implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Request Live |
| Hamilton, Gene | DOJ policymakers' intent in proposing and adopting changes to DOJ's policy/practice regarding prosecuting immigrant family unit adults in April 2018 and DOJ understanding of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Request Live |
| Harper, Melissa | ICE implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Live |
| Hastings, Brian | CBP implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Live |
| Homan, Thomas | 2017 and 2018 policy proposals relating to separating immigrant families. | Request Live |
| Jordan, Shawn | CBP implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Live |
| Lloyd, Scott | ORR implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Request Live |
| Lucero, Enrique "Henry" | ICE implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Request Live |
| Martinez, William | Expert testimony regarding causation and damages suffered by Plaintiff KLGG. | Live |
| Matto, Mikel | Expert testimony regarding causation and damages suffered by Plaintiffs JGG and WPG. | Live |
| McAleenan, Kevin | 2017 and 2018 policy proposals relating to separating immigrant families and CBP implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Request Live |
| Nielsen, Kirstjen | DHS policymakers' intent in proposing and adopting new DHS policies and practices related to separating immigrant families. | Deposition |
| Noriega, Monica | Expert testimony regarding causation and damages suffered by Plaintiffs YAMC and WBPE. | Live |
| P.G., W. | Facts and circumstances of WPG's separation from his son, WBPE, including, but not limited to, WPG's and WBPE's medical and mental health conditions before and after the separation. | Live |
| Quinn, Cameron | DHS CRCL investigation and | Request Live |

| | | |
|---|---|---|
| | recommendations regarding DHS policy/practices relating to separating immigrant families in 2017 and 2018. | |
| Ramirez, Gabriel | CBP implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Request Live |
| Short, Tracy | DHS policymakers' intent in proposing and adopting new DHS policies and practices relating to separating immigrant families. | Request Live |
| Sualog, Jallyn | ORR implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Live |
| Swartz, Tricia | DHS policymakers' intent in proposing and adopting new DHS policies and practices relating to separating immigrant families and ORR implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Request Live |
| United States Attorneys' Office – District of Arizona (Rule 30(b)(6) deponent Sean Lokey) | USAO Arizona implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Live |
| Vitiello, Ronald | CBP implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Request Live |
| White, Jonathan | DHS policymakers' intent in proposing and adopting new DHS policies and practices relating to separating immigrant families. | Request Live |
| Wisniewski, Michael | CBP implementation of May 2018 changes in DHS policy/practice regarding separating immigrant families. | Live |
| Wolf, Chad | 2017 and 2018 policy proposals relating to separating immigrant families. | Request Live |
| Zhang, Tianyi | Expert testimony regarding causation and damages suffered by Plaintiff ECM. | Live |

Dated:  July 23, 2024                                         KEKER, VAN NEST & PETERS LLP

By:   /s/ Travis Silva
                 BROOK DOOLEY
                 TRAVIS SILVA
                 CHRISTOPHER S. SUN
                 CHRISTINA LEE
                 JACQUELINE CONCILLA
                 SARA FITZPATRICK
                 EVAN H. MCINTYRE

                 Attorneys for Plaintiffs

Dated: July 23, 2024

                    LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By: */s/ Rachel Sheridan*
RACHEL SHERIDAN
JORDAN WELLS
VICTORIA PETTY

Attorneys for Plaintiffs

Dated: July 23, 2024

                    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Bree Bernwanger*
BREE BERNWANGER

Attorneys for Plaintiffs