KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY #230423
bdooley@keker.com
TRAVIS SILVA #295856
tsilva@keker.com
CHRISTOPHER S. SUN #308945
csun@keker.com
CHRISTINA LEE #314339
clee@keker.com
JACQUELINE CONCILLA #335733
jconcilla@keker.com
SARA FITZPATRICK #337360
sfitzpatrick@keker.com
EVAN H. MCINTYRE #349409
emcintyre@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiffs

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN #230409
rsheridan@lccrsf.org
JORDAN WELLS #326491
jwells@lccrsf.org
VICTORIA PETTY #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415 543 9444

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER #331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**PLAINTIFFS' DISCOVERY DESIGNATIONS FOR TRIAL**<br><br>Judge:        Hon. Kandis A. Westmore<br><br>Date Filed: June 10, 2021<br><br>Trial Date: September 9, 2024 |

Plaintiffs' Discovery Designations

| Plaintiffs' Designations | | | Defendant's Objections to Plaintiffs' Designations | Defendant's Counter Designations | Plaintiffs' Objections to Defendant's Counter Designations |
|---|---|---|---|---|---|
| Document | Request | Designations | | | |
| Defendant's Supplemental Responses and Objections to Plaintiffs' Interrogatories, Set One (Nos. 3 & 4) (7/24/2023) | ROG 3 | Defendant's response to the listed interrogatory, exclusive of Defendant's objections to the same. | | | |
| | ROG 4 | Defendant's response to the listed interrogatory, exclusive of Defendant's objections to the same. | | | |
| Defendant's Third Amended and Supplemental Responses and Objections to Plaintiffs' Interrogatories, Set One. (9/8/2023) | ROG 7 | Defendant's response to the listed interrogatory, exclusive of Defendant's objections to the same. | | | |
| Defendant's Amended Responses and Objections to Plaintiffs' Interrogatories, Set Two (No. 9) (9/8/2023) | ROG 9 | Defendant's response to the listed interrogatory, exclusive of Defendant's objections to the same. | | | |
| Defendant's Responses and Objections to Plaintiffs' Interrogatories, Set Two (4/10/2023) | ROG 10 | Defendant's response to the listed interrogatory, exclusive of Defendant's objections to the same. | | | |
| Defendant's Supplemental Responses and Objections to Plaintiffs' Interrogatories, Set Two (No. 12) (9/15/2023) | ROG 12 | Defendant's response to the listed interrogatory, exclusive of Defendant's objections to the same. | | | |
| Defendant's Responses and Objections to Plaintiffs' Interrogatories, Set Three (Nos. 13-22) (9/6/2023) | ROG 13 | Defendant's response to the listed interrogatory, exclusive of Defendant's objections to the same. | | | |
| Defendant's Responses and Objections to Plaintiffs' Requests for Admission, Set One (4/24/2023) | REQ 7 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 13 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 14 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 16 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 20 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 21 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 22 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |

| Plaintiffs' Designations | | | Defendant's Objections to Plaintiffs' Designations | Defendant's Counter Designations | Plaintiffs' Objections to Defendant's Counter Designations |
|---|---|---|---|---|---|
| Document | Request | Designations | | | |
| | REQ 28 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 29 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 30 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 40 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 43 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| Defendant's Responses and Objections to Plaintiffs' Requests for Admission, Set Two (7/21/23) | REQ 44 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 46 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 48 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 49 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 50 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| Defendant's Responses and Objections to Plaintiffs' Requests for Admission, Set Three (9/6/23) | REQ 52 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 53 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 54 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 55 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 56 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |

| Plaintiffs' Designations | | | Defendant's Objections to Plaintiffs' Designations | Defendant's Counter Designations | Plaintiffs' Objections to Defendant's Counter Designations |
|---|---|---|---|---|---|
| Document | Request | Designations | | | |
| | REQ 57 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 58 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 59 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 60 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 61 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 62 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| Defendant's First Supplemental Responses and Objections to Plaintiffs' Amended First Set of Requests for Admission (9/12/22) (*CM/APF*) | REQ 1 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 3 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 4 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |
| | REQ 7 | Defendant's response to the listed request, exclusive of Defendant's objections to the same. | | | |

| | | |
|---|---|---|
| Dated: July 23, 2024 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Travis Silva* <br> BROOK DOOLEY <br> TRAVIS SILVA <br> CHRISTOPHER S. SUN <br> CHRISTINA LEE <br> JACQUELINE CONCILLA <br> SARA FITZPATRICK <br> EVAN H. MCINTYRE |
| | | Attorneys for Plaintiffs |
| Dated: July 23, 2024 | | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| | By: | */s/ Jordan Wells* <br> RACHEL SHERIDAN <br> JORDAN WELLS <br> VICTORIA PETTY |
| | | Attorneys for Plaintiffs |
| Dated: July 23, 2024 | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| | By: | */s/ Bree Bernwanger* <br> BREE BERNWANGER |
| | | Attorneys for Plaintiffs |