1

KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY #230423
bdooley@keker.com
TRAVIS SILVA #295856
tsilva@keker.com
CHRISTOPHER S. SUN #308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
SARA FITZPATRICK - #337360
sfitzpatrick@keker.com
EVAN H. MCINTYRE - # 349409
emcintyre@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiffs

*[Additional Counsel on the following page]*

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
KENNETH W. BRAKEBILL (CABN 196696)
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorneys
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
Fax: (415) 436-6748
kenneth.brakebill@usdoj.gov

Attorneys for Defendant

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17

18

19

20

21

| WILBUR P.G. et al.; WILFREDO BALTAZAR P.E. a minor child; ERENDIRA C.M.; YASMIN ALICIA M.C. a minor child; JOSHUA G. G.; and KARL LUIS G. G., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 4:21-cv-04457 KAW <br><br> **JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO STAY LITIGATION DEADLINES; [PROPOSED] ORDER** |
|---|---|---|

22

23

24

25

26

27

28

1

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN - # 230409

2

rsheridan@lccrsf.org
JORDAN WELLS - # 326491

3

jwells@lccrsf.org
VICTORIA PETTY - # 338689

4

vpetty@lccrsf.org
131 Steuart Street #400

5

San Francisco, CA 94105
Telephone:     415 543 9444

6

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA

7

BREE BERNWANGER - # 331731
bbernwanger@aclunc.org

8

39 Drumm Street
San Francisco, CA 94111

9

Telephone: (415) 621-2493
Facsimile: (415) 255-8437

10

11

Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    The parties, by and through undersigned counsel, hereby notify the Court that the parties have

2    reached a conditional settlement in this action under the Federal Tort Claims Act, 28 U.S.C. § 2671, et

3    seq. and stipulate and request that all deadlines in the Court's Order dated April 11, 2024 (Dkt. 197) be

4    vacated and the action be stayed, based on the following:

5    1.    The parties have reached a conditional settlement of all claims in this litigation, subject to

6    finalizing and executing a formal settlement agreement and to obtaining the approval of the settlement

7    of the minors' claims by a court of competent jurisdiction, which may take some time, to be followed by

8    the approval of the Attorney General of the United States or his designee.

9    2.    Absent a stay pending finalization of the settlement, litigation burden and expense will be

10   incurred that are to be made unnecessary by the pending settlements.

11   3.    The parties stipulate to file a joint status report every 60 days during the stay to keep the Court

12   apprised of the progress of the pending settlement. It is anticipated that, once the settlement is

13   completed, the parties will file a stipulation for dismissal of all claims.

14   Therefore, in the interest of judicial economy and efficiency, and to preserve the benefit of the

15   pending settlement, the parties request that the Court enter the attached order vacating all deadlines in

16   the Court's Order dated April 11, 2024 (Dkt. 197) and stay this action pending further stipulation or

17   motion of the parties or Order of the Court.

18

19   DATED: July 26, 2024                    Respectfully submitted,
                                             KEKER, VAN NEST & PETERS LLP
20

21
                                    By:    *Travis Silva*
22                                         BROOK DOOLEY
                                           TRAVIS SILVA
23                                         CHRISTOPHER S. SUN
                                           CHRISTINA LEE
24                                         JACQUELINE CONCILLA
                                           SARA FITZPATRICK
25                                         EVAN H. MCINTYRE

26                                         Attorneys for Plaintiffs

27

28

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:21-CV-04457 KAW

1
2

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO
BAY AREA

3
4
5

By:   *Jordan Wells*
      RACHEL SHERIDAN
      JORDAN WELLS
      VICTORIA PETTY

6

Attorneys for Plaintiffs

7
8

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

9
10

By:   *Bree Bernwanger*
      BREE BERNWANGER

11

Attorneys for Plaintiffs

12
13
14

DATED: July 26, 2024

Respectfully submitted,
ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

15
16
17

By:   *Kenneth W. Brakebill*
      KENNETH BRAKEBILL
      KELSEY J. HELLAND
      Assistant United States Attorneys
      Attorneys for Defendant

18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:21-CV-04457 KAW

1

**ATTESTATION**

2      Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

3  filing of this document has been obtained from the other signatories.

4

Dated:  July 26, 2024

5
                                                    By:    *Kenneth W. Brakebill*
6                                                          KENNETH W. BRAKEBILL

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:21-CV-04457 KAW

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that because the parties have reached a conditional settlement of all claims in this litigation, subject to finalizing and executing a formal settlement agreement and the Court's approval of the settlement of the minors' claims,

1. All deadlines in the Court's Order dated April 11, 2024 (Dkt. 197) are hereby vacated.

2. This action is stayed pending further stipulation or motion of the parties or Order of the Court.

3. The parties shall file a joint status report within sixty (60) days of the entry of this Order, and every sixty (60) days thereafter, in which they shall keep the Court apprised of the progress of the pending settlement.

IT IS SO ORDERED.

DATED: _____

_____
HON. KANDIS A. WESTMORE

United States Magistrate Judge

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:21-CV-04457 KAW