| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BROOK DOOLEY #230423<br>bdooley@keker.com<br>TRAVIS SILVA #295856<br>tsilva@keker.com<br>CHRISTOPHER S. SUN #308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>JACQUELINE CONCILLA - # 335733<br>jconcilla@keker.com<br>SARA FITZPATRICK - #337360<br>sfitzpatrick@keker.com<br>EVAN H. MCINTYRE - # 349409<br>emcintyre@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Plaintiffs | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>KENNETH W. BRAKEBILL (CABN 196696)<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorneys<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7167<br>Fax: (415) 436-6748<br>kenneth.brakebill@usdoj.gov<br><br>Attorneys for Defendant |

*[Additional Counsel on the following page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P.G. et al.; WILFREDO BALTAZAR P.E. a minor child; ERENDIRA C.M.; YASMIN ALICIA M.C. a minor child; JOSHUA G. G.; and KARL LUIS G. G.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 4:21-cv-04457 KAW<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO STAY LITIGATION DEADLINES; ORDER** |

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:21-CV-04457 KAW

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN - # 230409
rsheridan@lccrsf.org
JORDAN WELLS - # 326491
jwells@lccrsf.org
VICTORIA PETTY - # 338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:   415 543 9444

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

1  The parties, by and through undersigned counsel, hereby notify the Court that the parties have reached a conditional settlement in this action under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. and stipulate and request that all deadlines in the Court's Order dated April 11, 2024 (Dkt. 197) be vacated and the action be stayed, based on the following:

1. The parties have reached a conditional settlement of all claims in this litigation, subject to finalizing and executing a formal settlement agreement and to obtaining the approval of the settlement of the minors' claims by a court of competent jurisdiction, which may take some time, to be followed by the approval of the Attorney General of the United States or his designee.

2. Absent a stay pending finalization of the settlement, litigation burden and expense will be incurred that are to be made unnecessary by the pending settlements.

3. The parties stipulate to file a joint status report every 60 days during the stay to keep the Court apprised of the progress of the pending settlement. It is anticipated that, once the settlement is completed, the parties will file a stipulation for dismissal of all claims.

Therefore, in the interest of judicial economy and efficiency, and to preserve the benefit of the pending settlement, the parties request that the Court enter the attached order vacating all deadlines in the Court's Order dated April 11, 2024 (Dkt. 197) and stay this action pending further stipulation or motion of the parties or Order of the Court.

DATED: July 26, 2024

Respectfully submitted,
KEKER, VAN NEST & PETERS LLP

By: *Travis Silva*
BROOK DOOLEY
TRAVIS SILVA
CHRISTOPHER S. SUN
CHRISTINA LEE
JACQUELINE CONCILLA
SARA FITZPATRICK
EVAN H. MCINTYRE

Attorneys for Plaintiffs

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:21-CV-04457 KAW

|   |   |   |
|---|---|---|
| | | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| | By: | *Jordan Wells* |
| | | RACHEL SHERIDAN |
| | | JORDAN WELLS |
| | | VICTORIA PETTY |
| | | Attorneys for Plaintiffs |
| | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| | By: | *Bree Bernwanger* |
| | | BREE BERNWANGER |
| | | Attorneys for Plaintiffs |
| DATED: July 26, 2024 | | Respectfully submitted, |
| | | ISMAIL J. RAMSEY |
| | | UNITED STATES ATTORNEY |
| | By: | *Kenneth W. Brakebill* |
| | | KENNETH BRAKEBILL |
| | | KELSEY J. HELLAND |
| | | Assistant United States Attorneys |
| | | Attorneys for Defendant |

JOINT NOTICE OF CONDITIONAL SETTLEMENT
4:21-CV-04457 KAW

# **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 26, 2024

By: *Kenneth W. Brakebill*
KENNETH W. BRAKEBILL

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that because the parties have reached a conditional settlement of all claims in this litigation, subject to finalizing and executing a formal settlement agreement and the Court's approval of the settlement of the minors' claims,

1. All deadlines in the Court's Order dated April 11, 2024 (Dkt. 197) are hereby vacated.
2. This action is stayed pending further stipulation or motion of the parties or Order of the Court.
3. The parties shall file a joint status report within sixty (60) days of the entry of this Order, and every sixty (60) days thereafter, in which they shall keep the Court apprised of the progress of the pending settlement.

IT IS SO ORDERED.

DATED: August 1, 2024

HON. KANDIS A. WESTMORE
United States Magistrate Judge