KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY #230423
bdooley@keker.com
TRAVIS SILVA #295856
tsilva@keker.com
CHRISTOPHER S. SUN #308945
csun@keker.com
CHRISTINA LEE #314339
clee@keker.com
JACQUELINE CONCILLA #335733
jconcilla@keker.com
SARA FITZPATRICK #337360
sfitzpatrick@keker.com
EVAN H. MCINTYRE #349409
emcintyre@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Plaintiffs

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN #230409
rsheridan@lccrsf.org
JORDAN WELLS #326491
jwells@lccrsf.org
VICTORIA PETTY #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone: 415 543 9444

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER #331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. minor child,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 4:21-cv-04457-KAW

**DECLARATION OF TRAVIS SILVA IN SUPPORT OF PLAINTIFFS' MOTION FOR COURT APPROVAL OF SETTLEMENTS OF MINORS' CLAIMS**

Judge: Hon. Kandis A. Westmore

Date Filed: June 10, 2021

Trial Date: Not Set

I, Travis Silva, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Keker, Van Nest & Peters LLP, and am counsel of record for Plaintiffs in the above-captioned matter. I have personal knowledge of the matters set forth herein and, if called upon as a witness, could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion for Court Approval of Settlements of Minors' Claims ("Motion"), which seeks an Order from this Court approving the settlement of the claims of minor Plaintiffs Wilfredo Baltazar P. E. and Yasmin Alicia M. C. and the distribution of related settlement funds.

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs Wilbur P.G. and Wilfredo Baltazar P.E.'s Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims.

4. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs Erendira C.M. and Yasmin Alicia M.C.'s Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims.

5. Attached hereto as **Exhibit C** is a true and correct copy of an order approving a minor settlement in *J.R.G. v. United States*, Case No. 4:22-cv-05183-KAW (N.D. Cal. July 9, 2024) (Dkt. 71).

6. Attached hereto as **Exhibit D** is a true and correct copy of an order approving minor settlements in *C.M. v. United States*, No. CV-19-05217-PHX-SRB (D. Ariz. July 2, 2024) (Dkt. 470).

7. Attached hereto as **Exhibit E** is a true and correct copy of an order approving minor settlements in *J.C.O.C. v. United States*, Case No. 3:23-cv-05268-SI (N.D. Cal. Sep. 13, 2024) (Dkt. 47).

8. Plaintiffs' counsel filed the operative complaint in this action on behalf of Plaintiffs on June 10, 2021, *see* Dkt. 1, and have diligently and zealously litigated this matter in the years since. After a series of arms' length negotiations over the course of several months, which negotiations were mediated by Magistrate Judge Beeler, Plaintiffs reached a settlement

agreement with Defendant United States of America less than two months before trial. *See* Dkt. 233. Under the settlement agreements, Defendant will pay minor Plaintiffs Wilfredo Baltazar P. E. and Yasmin Alicia M. C. $220,000 each to resolve their claims against Defendant in this matter. *See* Exs. A & B.

9. Pursuant to the settlement agreements, Defendant will deposit the settlement funds in Keker, Van Nest & Peters' firm trust account, and Plaintiffs' counsel will then place the minor Plaintiffs' portion of the settlement funds into interest-bearing, federally-insured blocked accounts benefitting the minor Plaintiffs. These accounts will be administered by Citibank. The minor Plaintiffs will receive access to these funds once they reach the age of eighteen, and the minor Plaintiffs and their guardians will only be able to withdraw funds from these blocked accounts for the benefit of the minor Plaintiffs (including to satisfy tax obligations).

10. Plaintiffs' pro bono counsel will not take attorneys' fees from Plaintiffs' settlements. Plaintiffs' testifying experts rendered their services pro bono. No fees or expenses, such as for expert witnesses or translation services, of any kind whatsoever will be deducted from these settlements.

11. As part of settlement negotiations, Plaintiffs' counsel advised Plaintiffs on the risks of proceeding to trial and the risks of settlement. Plaintiffs Wilbur P. G. and Erendira C. M., on behalf of their minor Plaintiff children, determined that the proposed settlement is fair, reasonable, and in the minor Plaintiffs' best interest.

12. To my knowledge, the proposed settlement represents the largest settlement amount achieved by any of the dozens of Plaintiffs litigating family separation cases relating to the May/June 2018 policy at the center of this case. As outlined in the Motion, courts have approved several settlements in similar cases for smaller amounts than the minor Plaintiffs will receive here. *See* Exs. C-E. In my and my co-counsel's professional opinion, the proposed settlement is a reasonable outcome for the minor Plaintiffs.

///

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 12, 2024, in San Francisco, California.

*/s/ Travis Silva*

Travis Silva