# EXHIBIT E

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

J.C.O.C. on his behalf and on behalf of his minor child, M.M.O.S.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 3:23-cv-05268-SI

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE MINOR'S SETTLEMENT**

Plaintiff J.C.O.C., father and Guardian Ad Litem of Minor Plaintiff M.M.O.S., through his attorneys of record, submitted a Notice and Motion to Approve Minor's Settlement of the claims of M.M.O.S. and the distribution of settlement funds in the matter.

J.C.O.C., on behalf of M.M.O.S., seeks approval of a settlement amount totaling $270,000, with $135,000 allocated to Minor Plaintiff M.M.O.S. (and the remaining $135,000 allocated to J.C.O.C.). No fees or expenses will be deducted from M.M.O.S.'s portion of the settlement. J.C.O.C. proposes that the settlement funds for M.M.O.S. be deposited into Plaintiffs' attorneys' trust account, and then Plaintiffs' attorneys will deposit M.M.O.S.'s settlement funds into an interest-bearing, federally insured blocked account. This account would belong to M.M.O.S., and M.M.O.S. will receive these funds once she reaches the age of eighteen.

The complete and precise terms and conditions of the settlement are set forth in a confidential Stipulation for Compromise Settlement and Release ("Stipulation"). The Court has reviewed the confidential Stipulation, Plaintiffs' Notice and Motion to Approve Minor's Settlement, and the documents submitted in support of said Motion. The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation, are fair, reasonable, and in the best interests of M.M.O.S.

IT IS THEREFORE ORDERED that the settlement as set forth in the Stipulation is hereby APPROVED and the Motion is GRANTED;

IT IS FURTHER ORDERED that J.C.O.C., as father and Guardian Ad Litem of M.M.O.S., is authorized and required to sign any documents that are necessary to consummate this settlement on behalf of M.M.O.S.;

IT IS FURTHER ORDERED that Defendant will deposit a total settlement amount of TWO HUNDRED AND SEVENTY THOUSAND DOLLARS ($270,000) into Plaintiffs' attorneys' trust account according to the terms and conditions of the Stipulation; and

IT IS FURTHER ORDERED that of the total settlement amount, Plaintiffs' attorneys are directed to deposit ONE HUNDRED AND THIRTY-FIVE THOUSAND DOLLARS ($135,000) into a blocked account in Plaintiff M.M.O.S.'s name.

IT IS FURTHER ORDERED that on her eighteenth birthday, M.M.O.S. is entitled to withdraw any and all funds from her account as she desires, including any and all interest to the account.

**IT IS SO ORDERED.**

DATE: September 13, 2024

THE HONORABLE SUSAN ILLSTON
United States District Judge