KEKER, VAN NEST & PETERS LLP
BROOK DOOLEY #230423
bdooley@keker.com
TRAVIS SILVA #295856
tsilva@keker.com
CHRISTOPHER S. SUN #308945
csun@keker.com
CHRISTINA LEE #314339
clee@keker.com
JACQUELINE CONCILLA #335733
jconcilla@keker.com
SARA FITZPATRICK #337360
sfitzpatrick@keker.com
EVAN H. MCINTYRE #349409
emcintyre@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN #230409
rsheridan@lccrsf.org
JORDAN WELLS #326491
jwells@lccrsf.org
VICTORIA PETTY #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone: 415 543 9444

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER #331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G. a minor child,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 4:21-cv-04457-KAW

**ORDER APPROVING SETTLEMENTS OF MINORS' CLAIMS**

**AS MODIFIED**

Judge: Hon. Kandis A. Westmore

Date Filed: June 10, 2021

Trial Date: Not Set

Plaintiffs filed their complaint on June 10, 2021. (Dkt. No. 1.) On July 29, 2024, the parties filed a joint notice of conditional settlement. (Dkt. No. 233.) On November 12, 2024, Plaintiffs filed a motion for court approval of settlement of minors' claims. (Pls.' Mot., Dkt. No. 241.) On November 13, 2024, the United States filed a statement of non-opposition to the pending motion. (Dkt. No. 244.) On November 14, 2024, the Court granted the parties' stipulation for expedited consideration of the pending motion. (Dkt. No. 245.) As such, the

motion is considered fully briefed and submitted for ruling. *Id.* at 1. Thus, the Court deems this matter suitable for disposition without a hearing pursuant to Civil Local Rule 7-1(b).

As an initial matter, at its inception, this case involved three minor plaintiffs, one of whom (Karl Luis G.G.) has since reached the age of majority, such that court approval is not required to finalize his settlement. (Pls.' Mot. at 1 n. 1.) Thus, the motion seeks to approve the settlement of the claims of minors Wilbur P.G. and Yasmin Alicia M.C. against the United States. *Id.* at 1.

Here, Plaintiffs were represented by pro bono counsel, and counsel will not take payment of attorneys' fees or costs and are not deducting any expenses from the minor Plaintiffs' settlement funds. (Pls.' Mot. at 3 (citing Silva Decl., Dkt. No. 241-1 ¶ 10.) Moreover, these proposed settlement amounts appear to represent the largest amounts achieved thus far by plaintiffs in family separation cases relating to the policy at issue in this case. (*See* Pls.' Mot. at 4; *see also* Silva Decl. ¶ 12.)

For the reasons set forth above, the Court finds that the settlement is fair and reasonable, and GRANTS the motion for approval as follows:

A. Plaintiff Wilbur P.G. is hereby authorized to sign the final settlement agreement on behalf of his child, Wilfredo Baltazar P.E.;

B. Plaintiff Erendira C.M. is hereby authorized to sign the final settlement agreement on behalf of her child, Yasmin Alicia M.C.;

C. The Court approves the Settlements of the claims of minor Plaintiffs in this lawsuit, and each minor is allocated $220,000;

D. Defendant will deposit the total settlement amount agreed upon of $440,000, in counsel for Plaintiffs, Keker, Van Nest & Peters LLP's client trust account;

E. For the minor Plaintiffs, Keker, Van Nest & Peters LLP is directed to deposit the Settlement proceeds as follows:

i) The Court approves placement of Wilfredo Baltazar P.E.'s portions of the Settlement into an interest-bearing, federally insured blocked account until he reaches the age of eighteen;

ii) The Court approves placement of Yasmin Alicia M.C.'s portions of the Settlement into an interest-bearing, federally insured blocked account until she reaches the age of eighteen;

F. Wilbur P. G., as father and guardian ad litem of minor Plaintiff Wilfredo Baltazar P. E., and Erendira C. M., as mother and guardian ad litem of minor Plaintiff Yasmin Alicia M. C., shall be permitted to withdraw funds from these blocked accounts only for the benefit of the minor Plaintiffs, <u>but the total amount of such withdrawals may not exceed one-half of the principal ($110,000) without court approval</u>;

G. The Court authorizes the minor Plaintiffs to withdraw any and all funds from their blocked accounts, including any and all interest on their settlement funds, when they reach the age of eighteen.

IT IS SO ORDERED.

Dated: November 18, 2024

Kandis Westmore

HON. KANDIS A. WESTMORE
United States Magistrate Judge